UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEHRANGIZ KAR,**<br><br>Plaintiff,<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>Defendants. | Civil Action No. 19-2070 (JDB) |

### ORDER

Upon consideration of plaintiffs' motion for waiver of Local Civil Rules 5.1(c) and 11.1, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the requirements of Local Civil Rules 5.1(c) and 11 directing that the "full residence address of the party" be included on the caption of the initial pleading are hereby **WAIVED**; it is further

**ORDERED** that within thirty days of the entry of this Order, plaintiffs shall file under seal a notice listing the names and residence addresses of all plaintiffs.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Dated:  July 24, 2019