CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Mehrangiz Kar, Azadeh Pourzand

_____

### Plaintiff(s)

vs.

The Islamic Republic of Iran,
The Islamic Revolutionary Guard Corps (IRGC),
Supreme Leader Seyed Ali Hosseini Khameni

_____

### Defendant(s)

Civil Action No.: ___1:19-cv-2070___

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Islamic Republic of Iran, The Islamic Revolutionary Guard Corps, Supreme Leader Seyed Ali Hosseini Khamenei
c/o Mohammad Javad Zarif,
Minister of Foreign Affairs
Ministry of Foreign Affairs
Imam Khomeini St., Imam Khomeini Sq.,
Tehran, Islamic Republic of Iran

by: (check one)
- [x] certified or registered mail, return receipt requested
- [ ] DHL
- [ ] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [x] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [ ] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country):
The Islamic Republic of Iran
_____, and that I obtained this information
by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Ali Herischi, Esq.
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814

(Name and Address)