

# Registered No. RB434368015

**Date Stamp:** JAN 24 2020 — USPS BETHESDA MAIN POST OFFICE, CHEVY CHASE MD 20815

| Postage | $22.75 |
|---|---|
| Extra Services & Fees | |
| ☒ Registered Mail | $14.20 |
| ☒ Return Receipt (hardcopy) | $9.10 |
| ☐ Return Receipt (electronic) | |
| ☐ Signature Confirmation | |
| ☐ Signature Confirmation Restricted Delivery | |
| ☐ Restricted Delivery | |
| **Total Postage & Fees** | $70.05 |

Customer Must Declare Full Value $ __

Received by __

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

JDB 19cv2070 OFFICIAL USE

**FROM:**
Menschi & Associates
7201 Wisconsin Ave #440
Bethesda, MD 20814

**TO:**
Iran Ministry of Foreign Affairs
Imam Khomeini Ave
~~Beit~~ Tehran – Iran

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com