

United States Department of State

Washington, D.C. 20520

September 15, 2020

Ms. Angel D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

Re: Kar v. The Islamic Republic of Iran, et al., 1:19-cv-02070-JDB

Dear Ms. Caesar:

    I am writing regarding the Court's request for transmittal of a Summons, Second Amended Complaint, and Notice of Suit to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

    Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1145-IE, dated August 16, 2020 and delivered on August 19, 2020. A certified copy of the diplomatic note is enclosed.

Sincerely,

Michael McPherson
Paralegal Specialist
L/CA/POG/GC



Cc:    Ali Herischi
       Herischi & Associates, LLC
       7201 Wisconsin Ave. Ste. 440
       Bethesda, MD 20814