IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shahryar Oveissi, Sharereh Oveissi, Hossein Oveissi,<br><br>*Plaintiffs*,<br><br>vs.<br><br>The Islamic Republic of Iran et al.;<br><br>*Defendants*. | Case Number:  1:19-cv-2846-RDM |

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure 55(a), the Plaintiffs in this case, by and through their undersigned counsel, hereby request that the Clerk of Court enter a default by Defendant the Islamic Republic of Iran ("Iran").

Iran was properly served in accordance with the Foreign Sovereign Immunities Act ("FSIA") on August 19, 2020. See Dkt. No. 10 "Return of Service/Affidavit of Summons and Complaint Executed as to Islamic Republic of Iran served on 8/19/2020, answer due 10/18/2020."

Iran was required to plead or otherwise defend in this action within 60 days from the date of service. See FSIA §1608(d) ("[The] foreign state shall serve an answer or other responsive pleading to the complaint within sixty days after service has been made under this section.") More than sixty days have passed since August 19, 2020 and Defendant has not filed an Answer or otherwise responded to Plaintiffs' Complaint. See Affidavit in Support of Default, attached hereto, executed by Ali Herischi, attorney for Plaintiffs. Accordingly, the Clerk of this Court is required to enter default against

Defendant. See Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.").

Plaintiffs therefore asks the Clerk to enter a default by Defendant the Islamic Republic of Iran. As provided in Fed. R. Civ. P. 5(a)(2), "[n]o service is required on a party who is in default for failing to appear."

Dated this the 15th day of January 2020.

Respectfully submitted,

_/s/___ALI HERISCHI_____

Ali Herischi, Esq. (MD0024)
Herischi & Associates LLC
7201 Wisconsin Ave., Suite 450
Bethesda, Maryland 20814
Phone: 301-363-4540
Fax: 301-363-4538
*Attorney for Plaintiffs*