IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shahryar Oveissi, Sharereh Oveissi, Hossein Oveissi,<br><br>     *Plaintiffs*,<br>vs.<br><br>The Islamic Republic of Iran et al.,<br><br>     *Defendants*. | Case Number:  1:19-cv-2846-RDM |

**DECLARATION OF ALI HERISCHI
IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Ali Herischi, declare pursuant to 28 U.S.C. § 1746:

1. I am the counsel for all Plaintiffs in the above-captioned action.

2. Defendant the Islamic Republic of Iran was served with copy of the Complaint alleging unlawful acts and other required documents under Federal Rule Civil Procedure 4(f)(2) and 4(f)(3) as well as 28 U.S.C. § 1608(a)(4).

3. Service of process was had on the Defendant on August 19, 2020. That service was accomplished by the Swiss Embassy in Tehran, Iran acting on behalf of the United States.

4. More than sixty (60) days have elapsed since the Defendant in this action was served, and the Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

5. I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated this 15th day of January 2021.

                                              Respectfully submitted,

                                              /s/ Ali Herischi

Ali Herischi, Esq. (MD0024)
Herischi & Associates LLC
7201 Wisconsin Ave., Suite 450
Bethesda, Maryland 20814
Phone: 301-363-4540
Fax: 301-363-4538

*Attorney for Plaintiffs*

Page 2 of 2