IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mehrangiz Kar and Azadeh Pourzand,

*Plaintiffs*,

vs.

The Islamic Republic of Iran et al.;

*Defendants*.

Case Number:  1:19-cv-02070-JDB

## STATUS REPORT

As of the date of this Status Report, Plaintiffs are finalizing supporting documentation and affidavits from witnesses to be used in their Motion for Default Judgment. Plaintiffs are planning to file the Motion for Default Judgment no later than Friday, August 13, 2021.

Plaintiffs have filed the Request for Entry of Default, the request is still pending.

Plaintiffs ask that this Court to schedule a status hearing in the month of July to inquire about a specific instruction from this Chamber before submitting the Motion for Default Judgment.

Submitted this 21st day of June, 2021.

_____/s/_____
Ali Herischi, Esq. (MD0024)
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538
*Attorney for Plaintiffs*