Default - Rule 55A                                                                                                     (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

KAR et al

                Plaintiff(s)

   v.                                                                                        Civil Action: 19-cv-02070-JDB

IRAN et al

                Defendant(s)

**RE:** DEFENDANT:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 8/19/2020, and an affidavit on behalf of the plaintiff having been filed, it is this  26th  day of  August , 2021  declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ / T. Davis
Deputy Clerk