IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mehrangiz Kar and Azadeh Pourzand,

*Plaintiffs*,

vs.

**Case Number: 1:19-cv-02070-JDB**

The Islamic Republic of Iran et al.;

*Defendants*.

## ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' motion for default judgment is **GRANTED**. The Plaintiffs have established to the Court's satisfaction, pursuant to 28 U.S.C. 1608(e), that the defendant, the Islamic Republic of Iran, is liable for damages to plaintiffs. Plaintiffs are awarded monetary damages in the following amounts:

To Plaintiff Mehrangiz Kar:

1. Non-Economic Damages:   $20,000,000
2. Economic Damages:   $1,373,225
3. Punitive Damages:   $150,000,000

To Plaintiff Azadeh Pourzand:

1. Non-Economic Damages:   $15,000,000
2. Economic Damages:   $216,825
3. Punitive Damages:   $150,000,000

**SO ORDERED**.

                                                          _____
                                                          Emmet G. Sullivan
                                                          United States District Judge

Date: _____