# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MEHRANGIZ KAR AND AZADEH POURZAND )<br>    *Plaintiffs,* )<br>            v. )<br>THE ISLAMIC REPUBLIC OF IRAN, et al.; )<br>    *Defendants.* ) | Civil Action No.: 1:19-cv-02070-JDB |

## INDEX TO EXHIBITS TO
## MOTION FOR DEFAULT JUDGMENT

| EXHIBIT # | Personal Documents |
|---|---|
| 1 | Mehrangiz Kar Birth Certificate |
| 2 | Mehrangiz Kar Naturalization Certificate |
| 3 | Mehrangiz Kar Bar License |
| 4 | Mehrangiz Kar Curriculum Vitae |
| 5 | Azadeh Pourzand Birth Certificate |
| 6 | Azadeh Pourzand Naturalization Certificate |
| 7 | Siamak Pourzand Birth Certificate |
| 8 | Siamak Pourzand Death Certificate |
| **EXHIBIT #** | **Affidavits** |
| 9 | Mehrangiz Kar Declaration |
| 10 | Azadeh Pourzand Declaration |
| 11 | Lily Pourzand Declaration |
| 12 | Payam Akhavan Declaration |
| 13 | Ali Arab Declaration |
| 14 | Drewery Dyke Declaration |
| 15 | Gleb Zukhov Declaration |
| 16 | Ali Hamedani Declaration |

| | |
|---|---|
| 17 | Reserved |
| 18 | Lohrasseb Pourzand Declaration |
| **EXHIBIT #** | **Medical Documentation** |
| 19 | Doctor's Note for Siamak Pourzand (Sep. 21, 2010) |
| 20 | Medical Report from Dr. Nazemi (Dec. 15, 2009) |
| 21 | Hospital Certification (Sep. 20, 2010) |
| 22 | Reserved |
| 23 | Medical note from Dr. Massumi (Oct. 17, 2003) |
| **EXHIBIT #** | **Letters and Appeals** |
| 24 | "Tell Me, Where is My Father?" The Washington Post (Dec. 30, 2001) |
| 25 | Letter from Azadeh to Supreme Leader (Jan. 11, 2007) |
| 26 | Letter from Mehrangiz Kar to UN Human Rights Commission |
| 27 | Letter from Family to Amnesty International (May 5, 2002) |
| 28 | Letter from Mr. Baktiari, Professor of the University of Maine, to Kofi Annan (June 30, 2003) |
| 29(a-e) | Appeals from Amnesty International<br><br>29(a) – Nov. 27, 2001<br>29(b) – Feb. 1, 2002<br>29(c) –  May 10, 2002<br>29(d) –  July 31, 2002<br>29(e) – May 2004 |
| 30 | Appeal from Reporters Without Borders (Apr. 20, 2004) |
| 31 | Letter from the Woodrow Wilson Center to UN (Feb. 2, 2002) |
| 32 | Letter from PEN America Center (July 30, 2002) |
| 33 | Urgent Appeal: from PEN-Canada (May 10, 2002) |
| 34 | Biden Statement for Iranian Prisoner release (July 13, 2005) |
| 35 | Letter from International Committee for Transition to Democracy in Iran (June 30, 2002) |
| 36 | Letter from UK Foreign & Commonwealth Office (May 21, 2003) |
| **EXHIBIT #** | **Media and Reports** |
| 37 | Mockery of Justice: The Framing of Siamak Pourzand, The Iran Human Rights Documentation Centre (2008) |
| 38 | Amnesty International, "Siamak Pourzand: Persecuted to Death, Harassed after Death" (May 6, 2011) |
| 39 | "Iranian Authorities Responsible for Siamak Pourzand's Death," Reporters Without Borders (May 2, 2011) |

| | |
|---|---|
| 40 | IranMania News article, "Pourzand Paraded on State TV allegedly 'confessing'" (July 26, 2002) |
| 41 | Boston Globe, "I would like to die in my country" (March 21, 2006) |
| 42 | The Huffington Post, "Khamenei is Pessimistic About Nuclear Negotiations" (Feb 22, 2014) |
| 43 | The New York Times, "Hard Liners Put Iranian on Trial on Spying Charges" (March 14, 2002) |
| 44(a-b) | (a) U.S. State Department Iran Human Rights Report (2019) (https://www.state.gov/wp-content/uploads/2020/03/IRAN-2019-HUMAN-RIGHTS-REPORT.pdf)<br><br>(b) U.S. State Department Iran Human Rights Report (2011) (https://www.justice.gov/sites/default/files/eoir/legacy/2013/06/10/iran_1.pdf) |
| 45 | UN Special Rapporteur on Torture (A/HRC/43/49) Report (2020) (https://undocs.org/A/HRC/43/49) |
| 46 | Orwellian State: Islamic Republic of Iran's State Media as a Weapon of Mass Suppression (June 2020) (https://www.fidh.org/IMG/pdf/iran749aweb.pdf) |
| 47 | US State Department Country Reports on Terrorism (https://www.hsdl.org/?search&exact=Country+Reports+on+Terrorism&searchfield=series&collection=limited&submitted=Search&advanced=1&release=0&so=date)<br><br>47a (2007) - https://www.hsdl.org/?abstract&did=485619, 172<br>47b (2008) - https://www.hsdl.org/?abstract&did=37161, 182<br>47c (2009) - https://www.hsdl.org/?abstract&did=20729, 192<br>47d (2010) - https://www.hsdl.org/?abstract&did=684974, p.149<br>47e (2011) - https://www.hsdl.org/?abstract&did=719420, p. 6, 92, 172-73 |
| 48 | UN Special Rapporteur Report on Human Rights in Iran (2021) (https://undocs.org/en/A/hrc/46/50) |
| 49 | 2017 Note by U.N. Secretary-General (A/72/178) (https://undocs.org/A/72/178) |
| 50 | 2008 Note by U.N. Secretary-General (A/63/175) (https://documents-dds-ny.un.org/doc/UNDOC/GEN/N08/440/75/PDF/N0844075.pdf?OpenElement) |
| 51 | 2010 Report of Special Rapporteur on Torture (A/HRC/13/39) (https://ap.ohchr.org/documents/dpage_e.aspx?si=A/HRC/13/39) |
| 52 | 2019 Note by U.N. Secretary-General (A/74/148) (https://undocs.org/A/74/148) |
| 53 | U.N. WGAD, Opinion No. 8/2003 (Nov. 26, 2003) (https://documents-dds-ny.un.org/doc/UNDOC/GEN/G03/169/00/PDF/G0316900.pdf?OpenElement) |
| 54 | CHRI article (Feb. 20, 2020) (https://iranhumanrights.org/2020/02/conservationist-niloufar-bayani-iran-torture-and-sexual-threats-detailed-in-letters-by-jailed-former-un-environment-consultant/) |
| 55 | Freedom From Torture report (Dec. 2017) (https://www.refworld.org/publisher,FFT,,,5a3925444,0.html) |
| **EXHIBIT #** | **Procedural Documents** |
| 56 | J.P. Morgan's historical prime rate chart (https://www.jpmorganchase.com/about/our-business/historical-prime-rate) |

| | |
|---|---|
| 57 | Offer to Arbitrate |
| 58(a-b) | Electronic U.S.P.S. Certified Mail Receipt |
| 59 | Entry of Default |
| 60 | Service of Process |