*Official Translation From Persian Text*
*Emblem*
*Islamic Republic of Iran*
*Ministry of the Interior.*
*State Organization for Reg. of Census and Civil Status.*

Serial No.: A/65 953250

Sealed Photo of the holder affixed.

### IDENTITY CARD (BIRTH CERTIFICATE)

I.D. Card No.: 354     Sex: Female
Name: **MEHRANGIZ**
Surname: **KARKHEIRAN SEDEHI**
Date of Birth: 10 Oct. 1944
Place of Birth: Ahwaz

PARENTS:

| NAME | I.D. Card No. | Issue Place |
|---|---|---|
| Father: Mostafa | 24041 | Ahwaz-1 |
| Mother: Batoul | 21011 | Isfahan-1 |

Date of Issue: 15 Nov. 1944
Place of Issue: Ahwaz-1
Signed & Sealed:
Responsible Office holder for Civil Status Registration

SPOUSE:

First & Last Name: **SIAMAK POURZAND**
Id. Card No. 581
Birth Date: 16 Sept. 1931   issued at Tehran   Dist.: 2
Marriage Date: 19 Nov. 1969
Reg. No. 3835   Location: Tehran   Notary Public No. 4

CHILDREN:

| Name | ID. Card No. | Birth Date | Issue Place Dist. |
|---|---|---|---|
| LILY | 3010 | 16 Sept., 1975 | Tehran-2 |
| AZADEH | 14015 | 08 Jan., 1985 | Tehran-7 |

REMARKS: According to Decision No. 408 dated 20 July, 1993 Ahwaz Dispute Settlement Body, the surname of the holder was corrected was from KARKHAZAN SEDEHI to KARKHEIRAN SEDEHI.
********

True translation is certified.
Tehran, Iran
2000/08/19
945\ID\KAR2

Permit # 6620

MOHAMMAD ALI ATASHBARG
Official English Translator to
Justice Administration