# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 30039294

Personal description of holder as of date of naturalization:
Date of birth: **OCTOBER 10, 1944**
Sex: **FEMALE**
Height: **5** feet **3** inches
Marital Status: **MARRIED**
Country of former nationality: **IRAN**

CIS Registration No: **A045157031**

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

**MEHRANGIZ KAR**

then residing in the United States, intending to reside in the United States when so required by the Naturalization Laws of the United States, and having in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

**US DISTRICT COURT OF MASSACHUSETTS**

at **BOSTON, MASSACHUSETTS** on **JUNE 20, 2007**

that such person is admitted as a citizen of the United States of America.

The Secretary having found that

Director, U.S. Citizenship and Immigration Services

DEPARTMENT OF HOMELAND SECURITY

FORM N-550 REV. 4/04

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

Form N-XXX (11/1/76)

Department of Justice
Immigration and Naturalization Service

**Petition for Name Change**

## UNITED STATES DISTRICT COURT OF MASSACHUSETTS
### (NAME OF COURT)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete lines 1 - 8 (Type or print clearly).

My full and correct name (current name):

1.  _____MEHRANGIZ_____  _____  _____KARKHEIRIAN SEDEHI_____
           (FIRST)                    (MIDDLE)                   (LAST)

2. Address:   8009 Lions Crest Way     Gaithersburg, MD          20879
              (Number/Street)          (City/State)              (Zip Code)

3. Country of Nationality:   Iran        4. Date of Birth:   10/10/1944
                                                             (Month) (Day) (Complete Year)

5. Alien Registration Card (Green Card) Number:  A 045 157 031

6. I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:

    _____MEHRANGIZ_____  _____  _____KAR_____
         (FIRST)                (MIDDLE)              (LAST)

8. Date:   4/19/2005                       *Mehrangiz Karkheiran Sedehi*
                                           Signature of Petitioner, (current name)

---

CERTIFICATION OF NAME CHANGE                              JUNE 20, 2007

   I CERTIFY THAT THE ABOVE PETITION WAS GRANTED BY THE COURT ON _____
                                                                      (Date)

   _____SARAH A. THORNTON_____
              (Clerk)
   _____[signature]_____
           (Deputy Clerk)

### IMPORTANT INFORMATION

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per Order of the Court.

Form N-XXX (11/1/98)