

**Official Translation from Persian Text**

# Bar Association

Licence No.: 3287
Date of issue: Novermber 27, 1978
Date of renewal: March 15, 2010
4th Booklet

| Photo of the holder |

### First Grade Advocate's Licence

By virtue of Article 7 of the law concerning the Independence of the Bar Association, this license is Hereby granted to: Mehrangiz Karkheyran, daughter of Mostafa, holder of ID Card No. 354, issued at Ahwaz, born in 1944, whose place of practice is in Tehran, is, hereby, authorized to practice the profession of first grade attorney-at-law.

Validity of the present Licence shall be subject to cancellation of revenue stamps and apposition of seal and signature of the Bar Association.
President, Iranian Central Bar Association

Registered under No. 13309-11711, dated February 21, 2010 in the Register of Bar Association. The present Licence shall be valid from October 2008 to October 2010.

**Signed and sealed**
Central Bar Association
-------------------------------------------------
Certified to be true translation from Persian text.
June 20, 2010









Number of license: 3287
Date of issuance:

By virtue of article 7 of the law concerning the Independence of the bar association, this license is Hereby granted to **Mehrangiz Karkheyran**, Holder of ID. Card No: 354, to practice as Attorney at law.