

MOHAMMAD ALI ATASHBARG
Official Translator to Judiciary, Islamic Republic of Iran
No. 641 Enghelab Ave. 2 nd. Fl.  ISSATIS, Tehran, Iran
Tel: ( 009821 ) 8827256 - 8846604  Telefax: 8840919

Official Translation From Persian Text

Emblem
Islamic Republic of Iran

Ministry of the Interior.
State Organization for Reg. of Census and Civil Status.

Serial No.: A/12 808344

IDENTITY CARD (BIRTH CERTIFICATE)

I.D. Card No.: 14015     Sex: Female

Name: AZADEH

Surname: POURZAND
Date of Birth: 08 Jan. 1985
Place of Birth: Tehran

PARENTS:

| NAME | I.D. Card No. | Issue Place |
|---|---|---|
| Father: Siamak | 581 | Tehran-2 |
| Mother: Mehrangiz | 354 | Ahwaz-1 |

Date of Issue: 20 Jan. 1985
Place of Issue: Tehran-7

Signed & Sealed:
Responsible Office holder for Civil Status Registration

******
True translation is certified.
Tehran. Iran
1999/08/12
770/id/KAR2

Permit # 6620

MOHAMMAD ALI ATASHBARG
Official English Translator to
Justice Administration