No. 31123650

CERTIFICATE OF NATURALIZATION

Personal description of holder as of date of naturalization:

Date of birth: JANUARY 08, 1985

Sex: FEMALE

Height: 5 feet 3 inches

Marital status: SINGLE

Country of former nationality: IRAN

CIS Registration No.   A095912433

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

*Azadeh Pourzand*
(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

at: BOSTON, MASSACHUSETTS

The Secretary having found that:
AZADEH POURZAND

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

US DISTRICT COURT OF MASSACHUSETTS

at: BOSTON, MASSACHUSETTS   on: JAN 0 8 2009

that such person is admitted as a citizen of the United States of America.

Director, U.S. Citizenship and Immigration Services

054

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF HOMELAND SECURITY