Official Translation From Persian Text

Emblem
Islamic Republic of Iran
Ministry of the Interior.
State Organization for Reg. of Census and Civil Status.

Serial No.: A/73 104865

Sealed Photo of the holder affixed.

### IDENTITY CARD (BIRTH CERTIFICATE)

| I.D. Card No.: 581 | Sex: Male |
|---|---|

Name: SIAMAK
Surname: POURZAND
Date of Birth: 16 Sept. 1931
Place of Birth: Tehran

PARENTS:

| NAME | I.D. Card No. | Issue Place |
|---|---|---|
| Father: Soltan Abdolrasoulkhan | 2398 | Gorgan |
| Mother: Belgheis | 2400 | Gorgan |

Date of Issue: 22 Sept. 1931
Place of Issue: Tehran-2
Signed & Sealed:
Responsible Office holder for Civil Status Registration of Tehran

SPOUSE:

First & Last Name: MEHRANGIZ
Id. Card No. 354
Birth Date: 10 Oct. 1953    issued at    Ahwaz-1
Marriage Date: 19 Nov. 1969    Reg. No. 3835
Notary Public No. Tehran

CHILDREN:

| Name | ID. Card No. | Birth Date | Issue Place Dist. |
|---|---|---|---|
| LILY | 3010 | 16 Sept., 1975 | Tehran-2 |
| AZADEH | 14015 | 08 Jan. 1985 | Tehran-7 |
| BANAFSHEH | 1160 | 06 May 1961 | Tehran-1 |

Signed and Sealed:
**********
True translation is certified.
Tehran, Iran
2000/08/16
945/ID/POURZAND3

Permit # 6620
MOHAMMAD ALI ATASHBARG
Official English Translator to
Justice Administration

