مهدی بارانی مترجم رسمی زبان انگلیسی قوه قضاییه ج.ا.ایران
عضو جامعه مترجمان رسمی ایران

تهران – خ کارگر شمالی بالاتر از مسجد امیر ، شماره 1398 ط سوم
تلفن : 88337587

Mehdi Barani
Official English Translator to IR Iran Judiciary, 3rd Floor,
No.1398, After Amir Mosque, N Karegar St., Tehran, Iran,
Tel.88337587     mehdi_barani2000@yahoo.com

شماره ۷۵۳٤۰۳ سری
ردیف دفتر ثبت

**Official Translation**
State emblem
**ISLAMIC REPUBLIC OF IRAN**
**MINISTRY OF INTERIOR**
**STATE CIVIL STATUS REGISTRATION ORGANIZATION**

# DEATH CERTIFICATE
No. : F15 0817623

**Particulars of the deceased :**

| | |
|---|---|
| First name | : Siamak |
| Surname | : Poor Zand |
| Sex | : Male |
| National ID no. | : 003-764940-1 |
| Birth certificate no. | : 581 |
| Issued in | : Tehran |
| Born on | : Sept.16,1931 |
| Father's name | : Soltan Abdolrasoul |
| Mother's name | : Belgheis |

**Death event details** :

| | |
|---|---|
| Cause | : --- |
| Date | : April 29,2011 |
| Place | : Tehran |
| Reg. no. | : 69134 |

Death certificate issued in : Behesht-e Zahra Personal Status Reg. Dept.
Date                : May 5,2011

**Remarks :**
According to Document no. S/Gh 27 M and Computerized system: Cause of death : Several damages due to heavy objects

This summary of death report, without any alterations and erasures, has been issued and handed over to ...

Certificate Issued by Tehran CIVIL STATUS REGISTRATION Dept.

Civil Status Registration Department of Tehran signed and sealed.
------------------------------------
TRUE TRANSLATION CERTIFIED. July 7,2012

| | | | |
|---|---|---|---|
| گواهی وفات | | جمهوری اسلامی ایران<br>سازمان ثبت احوال کشور | ۰۸۱۷۶۲۳ ف/۱۵ |

| | | | |
|---|---|---|---|
| | نام خانوادگی: پورزند | | نام: سیامک |
| مشخصات متوفی | شماره ملی: ۰۰۳-۷۶۴۹۴۰-۱ | شماره شناسنامه: ۵۸۱ | جنسیت: آقا |
| | تاریخ تولد: ۱۳۱۰/۰۶/۲۵ | محل صدور: تهران | حوزه: ۷۳م |
| | نام پدر: سلطان عبدالرسول خان | نام مادر: بلقیس | |

| | | |
|---|---|---|
| مشخصات واقعه وفات | تاریخ وفات: ۱۳۹۰/۰۲/۰۹ | علت وفات: |
| | محل وفات: تهران | شماره ثبت وفات: ۶۹۱۳۴ |
| | محل تنظیم سند وفات: بهشت زهرا | تاریخ ثبت وفات: ۱۳۹۰/۰۲/۱۵ |

توضیحات: سند طبق م ۲۷ ق ث ا وسامانه . علت فوت / صدمات متعدد ناشی از اصابت جسم سخت .

تحویل گیرنده آقای / خانم: فرزند

این گواهی وفات بدون هیچ عیب و خدشه و قلم خوردگی بر حسب تقاضا نامه کتبی به فرزند

صادر کننده گواهی: اداره ثبت احوال بهشت زهرا

نام و نام خانوادگی مامور: فاطمه اله وردی

امضاء و تاریخ