IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mehrangiz Kar and Azadeh Pourzand,<br><br>*Plaintiffs*,<br><br>vs.<br><br>The Islamic Republic of Iran et al.,<br><br>*Defendants*. | **Case Number:  1:19-cv-02070-JDB** |

### DECLARATION OF LILY POURZAND

COMES NOW Lily Pourzand and states as follows:

1. I was born in Tehran, Iran in 1975.

2. I am a citizen of Canada, residing in the city of Toronto.

3. I am the daughter of Siamak Pourzand and Mehrangiz Kar, as well as the sister of Azadeh Pourzand.

4. Ever since I was born, my father and I have shared a close bond. My father always thought I looked like his mother, so he felt like I replaced her. He always said I was his "savior," so he made me feel like someone important in his life.

## Background

5. During the Revolution, in 1979, my father was one of the head editors of a Kayhan newspaper. Due to his liberal views, he became a target for the government. A few days after the start of the Revolution when I was about three and a half years old, I remember hearing traumatizing, loud sounds outside – it was violence and explosions. I remember shooting,

1

yelling, and armed guards on the street. My father was holding me and we were running. We heard shooting, but my father insisted on going to his office to get some belongings. He was able to retrieve some of his personal belongings. Later that day, he left us to hide for a potential arrest. He was in hiding for about 5 months.

6. A few months later my father came back, but he basically had to live in hiding in order to save his life. When he returned, his appearance and demeanor had completely changed: he lost weight, he had a beard, and he had developed back problems.

7. My father continued his life "underground"; unable to continue his journalism work and away from the public eye. I was with him all the time while my mother worked. I remember his friends who would come to visit and the stories his friends told. They probably assumed that I didn't understand because I was a child, but I remember hearing descriptions of scenes like bullets being fired at people and dead bodies. Little by little, so many people were executed by the regime or left the country as they became targets of the regime.

8. My father and I always shared such a deep bond. He was not like the other fathers; my father was basically the caregiver. He would wake up early to pack my bag for school and to do my hair. He was very good at making me feel comfortable about expressing my emotions, my secrets, and to reassure me that these things were okay - that they were normal.  We even had our own way of communicating. He introduced me to so many aspects of Western culture from different eras, teaching me dances like the tango and the waltz. With small things, he was trying to give me a little bit of joy and open up my world which had shrunk too small during the Revolution.

9. I became a target of pressure due to my parents' political actions, so I felt I had to leave the country - otherwise I could be killed by government agents in order to stop my parents' work.

Doc ID: beeb04d52f4684ecafe5c4eef9169f13304e7f15

As a result, I left Iran and moved to Canada at the end of 1999 without a plan – just $500 and a visitor visa. A year and a half later in 2000, my mother was arrested and simultaneously diagnosed with cancer. That year, at 25 years old, I risked my life and went back to Iran to visit my mother when I was told she might not survive. The trip was brief, but I found solace in seeing my parents during that time. Upon return to Canada I had nightmares: one being filled with horrible, vivid scenes where my father was being buried alive right in front of me. A couple hours after waking from that nightmare, my father called to tell me that he had noticed motorcycles following him.

## My Father's Abduction

10. Two days after that call from my father, on November 29, 2001, I received a phone call from my aunt informing me that my father had been kidnapped. I was horrified, but I thought this was going to be like the previous times he had been arrested and released shortly thereafter. This time, however, was different.

11. With that call in November 2001 informing me of my father's arrest, my life changed completely. I was the first in my family to hear the news from my aunt, so I had to let my mother and sister know. From then on I had to take on the role of advocate for my father and the risktaker for the family in the media, conducting a slew of interviews. My father had previously been arrested when I was a child. Every arrest was horrifying, but I didn't think at this point that we would be dealing with this for a lifetime.

## My Father's Detention and Torture

12. One night around March 2002, about six months after the kidnapping, I received a message on my cell phone from my father: "Don't interview with anyone. Please, I beg you.

3

Don't do that. Consider me dead." His voice was broken and there was so much background noise. Despite my father's pleas, I told my mother that I could not keep quiet about his situation. Even though my mother did not agree, I wanted to broadcast the message. I felt I had to – it was my duty to my father, to do anything to help get him out of that Godforsaken prison.

13.     After that message, I received no news directly from my father for many months. Instead, we received news from former prisoners who were previously detained with my father, or my father told me stories afterwards.  After I broadcasted his voice on the internet, government authorities took him to another location – I think it was maybe the basement of a house under construction. There, he was forced to watch authorities beat, lash, hang, and burn other prisoners, which caused my father to suffer from nightmares. They hung my father from the ceiling for hours, depriving him of anything and everything. He had no access to light or fresh air. Minimal food. A former prisoner even told us, "It's been ten months since he didn't have any fruit to eat," so in my next interview, I said that too. I said, "here is a 72-year-old man who doesn't have access to anything – nothing, not even a lawyer, forget about injustice. Not even fruit!"

14.     Many years later he told to me that after that interview, they started to punish him by force feeding him cucumber to the point that he almost suffocated. For ten days, they were bringing bags and bags of cucumbers to his room. Three to four guards sat on his chest and forced him to eat it. If my father refused, they beat him up. They were telling him that 'Now you can tell your daughter you had enough fruit'. Since then, I cannot eat cucumber. I lived with the constant guilt of feeling it was I who forced him. I was trying to help him but as a result, they only tortured him more.

Doc ID: beeb04d52f4684ecafe5c4eef9169f13304e7f15

15. Then in July 2002, my father was forced to falsely 'confess' on television, telling lies about himself, his wife, his brother, other journalists and political activists. At the time, I was on bed rest following a major surgery. Watching him telling false stories when he had lost so much weight, with timid eyes, and a frightened gesture, was devastating for me. I couldn't imagine what would come next: is he going to be executed? What should I do now? How can I help him? I was sick to my stomach. I could see what they did to him that he is telling that many lies on public television. That reality hurt me to my core. I knew what Iran was capable of doing, and I knew what Iran did to similar individuals who publicly testified against their own interests and others. I knew how harsh Iranian government was to break individuals' wills to testify publicly. While I didn't know exactly what happened my father, it was not hard to imagine.

16. Years later my father explained to us how the day before his forced "confession", the judge Mr. Zafarghandi himself shaved my father's face with a dry razor, injected him with an unknown drug without his consent, and fed him. Then took him to Zafarghandi's office and gave him the questions and answers, then reviewed the process with him that he had to stick with those answers. They had been practicing before that day. He had to make sure he was presenting it exactly as they wanted, and he had to do it a few times beforehand to "get it right". Mr. Dabir Daryabigi, who was his interrogator, was sitting next to him pretending that he was my father's lawyer. After the confession, they took him back to the secret detention center again. After I watched that spectacle, I was so afraid - I thought they were going to kill him. As a result, my body reacted to the trauma and I ended up in the hospital with a massive infection. My body was reacting to both the surgery and the trauma.

17. Over the years, former prisoners who had been imprisoned with my father explained to us the type of treatment he received. For example we found out that at times, from

Doc ID: beeb04d52f4684ecafe5c4eef9169f13304e7f15

unknown and random directions, Iranian authorities would spray him and fill the floor of his cell with scalding hot water, forcing him to hide in a corner. We also found out that they were putting him in a freezer room and then bringing him out only if he would 'confess' to crimes. Hearing that was too much for me. I couldn't bear hearing the kinds of torture my father was enduring. In the winter, I would force myself onto the balcony of my apartment in the middle of winter, forcing myself to stand in the cold to feel even just a small fraction of what my father was going through.

18. When he was under house arrest on a few nights that was not feeling well my father talked to me, as he forgot that the Iranian agents were listening to his words. I had only a few opportunities to record conversations that I had with him when he was telling me what has happening to him. What he told me was frightening. It was not easy to listen to, but I had to be strong to continue and get his story.

## My Father's Temporary Release

19. In fall 2002, the EU and Iran wanted to make a political and financial deal. As part of the deal, Iran agreed to temporarily release my father from prison on medical furlough in November 2002.  During that period, I would talk to him for hours and hours. I had a journey with him because it had been ten months that he had been deprived of human contact and facilities. In prison, he wasn't allowed to shower for more than four months. He came out of prison with the same clothes he entered. He had broken teeth and broken glasses. He had been tortured. Everything he had was gone. He was humiliated. Basically his dignity was gone, he was mentally was broken to pieces, so he couldn't think straight at all.

20. He stayed with my aunt during that time and for the first few nights, I started to talk to him on the phone. He was so shaken, he didn't even know how to hold the phone

Doc ID: beeb04d52f4684ecafe5c4eef9169f13304e7f15

anymore. I realized that he had lost the ability of going to the bathroom. He had forgotten how to shower. I had to stay with him on the phone and give him a bath, basically, over the phone, from this side of the world. I had to potty train him over the phone as well. I was staying on the phone with him and guiding him: walking him to the bathroom, telling him what to do, how to sit on the toilet, how to do his job, how to clean up, how to wash, and how to get out. These were all very private conversations between my father and me.

21.     One day I received a call from my aunt. She was frustrated. She had two teenage girls and never thought she would have to take care of a crazy person who couldn't perform basic functions. Being in prison had absolutely ruined him. My aunt was angry and sad - she just couldn't handle it. She said she was trying to make eggs in the morning and my father was talking to the eggs for half an hour, not letting her eat her breakfast. I was listening to her tell me this while sitting at work on the phone on the other side of the world. I could hear him talking to the egg and the noise it makes when you fry it. From far away, I felt completely powerless – there was nothing I could do at that moment in time to help out my aunt.

22.     After four months, government authorities took my father back after the financial contract was signed between Iran and the European Union. This time they took him to the notorious Evin Prison. In Evin Prison, authorities continued to interrogate and torture my father, and even threatened him with execution. My father got sick in prison, so we sent money for his treatments and then we had to beg the government to provide him with medical support. For my mother and I, it was a large amount of money that we had to send every month. I had to work hard and take on extra hours of work to be able to afford what we sent. When the government could no longer keep my father in prison because of his medical state and his need for care, they finally sent him to the hospital.

Doc ID: beeb04d52f4684ecafe5c4eef9169f13304e7f15

## My Father's House Arrest

23. Finally, my father was placed under medical leave in 2004. During this time, he was serving his sentence under house arrest, with full surveillance. But we could call him, and telephone calls were my father's lifeline. I spoke to him constantly in order to keep him motivated and make sure he was being taking care of with his medication and other necessities. Sometimes I was on the phone with him for eight to ten hours a day. I tried to make him feel less alone and that I was there with him. There was an eight-hour time difference between Toronto and Tehran. From the time I woke up until I left for work - eating breakfast, taking a shower – I was always speaking to my father. Any break I had from work, I was speaking to him. On my way back home from work, I was speaking to him.

24. Every night, I made sure I spoke to my father before he went to sleep to "send him to bed." I would even sleep on the floor so that I wouldn't sleep too deeply in order to be able to answer the phone in case my father ever called during the night and also to give my partner the space and privacy of a full night's rest. These disruptions caused me to have a major sleep disorder that continues to affect me. To this day, there is still no night when I sleep through the night without interruption.

25. In the summer of 2005, I had a major nervous breakdown and ended up in the hospital. The doctors connected me with a specialist who put me on pills. However, it didn't take long for me to realize that none of those medications were working for me. Nevertheless, I took medication for years. As a result, I gained 50 pounds. I couldn't focus or concentrate. At one point, I was so distracted that I even burned myself with my tea, resulting in third-degree burns. After a couple years, I stopped taking the medication altogether and then went through a painful and dangerous withdrawal period.

Doc ID: beeb04d52f4684ecafe5c4eef9169f13304e7f15

26.     My father's health deterioration and my own situation sent me into a financial hole. I was keeping the condo I had bought for a day that my father may have an opportunity to leave Iran and come to Canada. However I could not deal with my expenses, and supporting my father in Iran as well so I decided to sell the condo, which then caused enormous guilt, worrying that my father was disappointed that he had lost a possible refuge. Additionally, I had to put my studies on pause for another two years. During that time, I was fueling all my time and energy into trying to find routes to my father's freedom.

27.     Throughout his years of imprisonment, my father was emotionally and mentally drained every day. He eventually begged authorities to return him to prison, as it would have been less torturous than constantly fearing being returned to prison at any moment. After the Iranian Green Movement in 2009, he witnessed so many youths being killed on the street. One of his neighbors committed suicide after a big demonstration in Tehran. His emotional health was severely declining. I felt I was the only source keeping his mental health going. I tried to talk to him more and more to keep him alive, motivated, and perhaps hopeful, but I could only do limited work from a distance.

28.     During my father's house arrest he was under constant control, his communications and whereabouts always had to be reported to his prosecutors and interrogators constantly. He had to answer interrogators questions about the content of his conversations with his families and friends. He was constantly in fear and anxiety. He was never sure if he acted properly, or whether he had done something wrong. This constant state of fear and anxiety caused him more medical and psychological issues to the point that he was admitted to a mental hospital several times, making his health deteriorate significantly. There were few times that, due

Doc ID: beeb04d52f4684ecafe5c4eef9169f13304e7f15

to his constant mental anxiety and fear, he said that he would be better off in jail since he would no longer have the fear of the unknown.

29. He had a few meetings with his interrogators, prosecutors, or both in person. In addition, he had multiple calls per day to report his activities and conversations to them.

30. He knew his apartment was watched and listened in on. He was well aware that the building bellman was an informant. He knew his nurse and caregiver were also agents or informants. He felt trapped, watched, naked, and very close to going back to the same brutal interrogation when they tortured him 24 hours a day.

31. During his house arrest, he could not sleep for long hours. He always woke up at dawn because that's the time his torture used to either restart or take a new form. He was so scared of dawn. I had to call him to talk to him, make sure he is calm, and only then would he sleep for a few hours. It was my daily routine - I did this every day. He could not sleep without fear even for one night.

## My Father's Death

32. April 25, 2011—it was the middle of the night in Tehran—I was speaking to my father on the phone, it was early morning as usual, he said he couldn't sleep. He told me he had terrible anxiety. Our conversation was relatively normal, nothing indicating that this would be our last conversation. We decided that he was going to go to bed and to check back with me in two hours (That was 10:00 p.m. in Canada, early morning hours in Iran). I slept on the hard floor again so that I wouldn't fall asleep too deeply, in case he needed to talk to me. I woke up two hours later and called him, but he didn't pick up. I thought he had probably fallen asleep. At about noon his time, I called a second time, but again he did not answer. At around 5:30 pm his time, I called yet again. This time, an unidentified person answered the phone.

Doc ID: beeb04d52f4684ecafe5c4eef9169f13304e7f15

> *'He's dead!' yelled the speaker after I asked for my father. Then, the speaker passed the phone to the building caretaker.*
>
> *'What is going on??' Bewildered, I pleaded with the speaker.*
>
> *I could hear the speaker crying as he replied, 'Your dad died a few hours ago.'*
>
> *'Did he die in peace?' That was my first question.*
>
> *Nobody responded. They had hung up the phone.*
>
> *I was screaming, crying. I couldn't navigate what was happening. Did he die in peace? Was it a heart attack? I called back immediately, and the caretaker of my father's apartment building answered the phone. "What is happening?' I asked him.*
>
> *"He died. He threw himself off the balcony."*

33. I was stunned, shocked, speechless. It was so beyond my imagination for my dad to commit suicide when we had a normal conversation only a few hours earlier. I was sure that they were not telling the truth. I knew it could not be true. I was asking myself: What should I do? What would I tell my family? I couldn't believe it. I couldn't move. I couldn't breathe. How could we let this happen to my father? Then I went from shock to panic. At one point, my friend had to physically hold me and sit on top of me, as I tried to go jump off the balcony myself.

34. As the first one to hear about my father's death, I was forced to take some control over the situation. That night, I had to break the news to my family. Eventually, I became the media point of contact, handling all press inquiries related to his death.

35. Even after his death, the Iranian government would not allow my father to be free. The authorities would not release his body. They were going to bury him in an unknown section of the cemetery. We tried to carry out an investigation into my father's death, but the government would not allow any investigation outside of the one carried out by the court, which was biased and suspicious, and not complete. We had no faith on an Iranian run investigation for my father's

11

death, since Iranian authorities are the main suspect. We knew they may start a phony investigation to hurt more innocent people. My mother was worried about innocent individuals being interrogated and beaten up as a show by Iranian authorities. Furthermore, Iran wouldn't release my father's body while the investigation was pending. Thus, we decided to accept the Iranian report that he jumped out of his window, to first protect innocent individuals form brutal interrogations by government and second to secure a burial of my father.

36. I refuse to accept that my father had committed suicide. He could not hide a plan like this from me– especially someone like my father with that kind of emotional dependency on me at the time. He would have known it was his last call and somehow made it known. In the two hours that we said we would speak again, early in the morning, something must have happened that he could not even call me for the last time. The government authorities did not want my father to leave Iran. Often, the government allows political prisoners to leave the country, where their influence and power in Iranian decreases, and the problem eventually "disappears." The authorities, however, would not allow this for my father. They did not want him to leave. The reason they did not want him to leave is because he was a witness to secret prisons and experienced such levels of torture that they did not want exposure to their inhumane practices – which have gone on for decades and continue to this day. My father had all these secrets; it was an inhumane level of torture that he received.

37. In the aftermath of my father's death, I suffered another round of excruciating shock. I quit my job because I couldn't handle the trauma and get through my workday at the time. I am still traumatized to this day. I cannot face my father's picture. I am still sensitive to heights. And I still feel a recurring temptation to go to the balcony, look down, and wonder what my father must have endured that fateful night.

Doc ID: beeb04d52f4684ecafe5c4eef9169f13304e7f15

38. My father's years of detention affected all aspects of my life and that of my mother and my sister, Azadeh - we struggled with the constant weight associated with his captivity. Throughout this ordeal, I was closely tied to my mother and my sister, but I was a separate entity. I had to take care of myself, care for my father's wellbeing, and provide financial support to my family. They were always seeing me as a person who suffers. I was usually someone who was quiet all the time, trying to hide my pain from them because I was sure my suffering only caused my mother and my sister more pain throughout my father's years of detention and the excruciating aftermath.

39. Since his arrest until they killed my father, my father was under extreme mental and physical torture. Iran destroyed my father's life, and my family's life. Our life has been consumed by this tragedy since his arrest until today. My family and I are perpetual victims of Iranian brutal and inhumane treatment.

40. Around 2008 or 2009, I remember my father told me: "When I die, it is on you to bring this case to justice." My father wanted justice, one way or another, inside Iran or out.

I declare and can competently testify under penalty of perjury that the foregoing is true and correct.

Executed this ___25th__ day of ___August___, 2021.

_____
Lily Pourzand

Doc ID: beeb04d52f4684ecafe5c4eef9169f13304e7f15



Audit Trail

| | |
|---|---|
| **TITLE** | Lily Pourzand Witness Statement - August 25 |
| **FILE NAME** | Lily Pourzand Wit... - August 25.docx |
| **DOCUMENT ID** | beeb04d52f4684ecafe5c4eef9169f13304e7f15 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

Document History

**SENT**   **08 / 26 / 2021**   Sent for signature to LILY POURZAND (lilypourzand@gmail.com)
           01:40:24 UTC         from info@ibhlaw.com
                                IP: 108.45.73.29

**VIEWED** **08 / 26 / 2021**   Viewed by LILY POURZAND (lilypourzand@gmail.com)
           03:31:48 UTC         IP: 24.114.111.140

**SIGNED** **08 / 26 / 2021**   Signed by LILY POURZAND (lilypourzand@gmail.com)
           03:33:33 UTC         IP: 24.114.111.140

**COMPLETED** **08 / 26 / 2021**   The document has been completed.
              03:33:33 UTC

Powered by HELLOSIGN