

شماره : ..............

تاریخ : ............ ۸۹/۶/۳۰

بیمارستان توس
Toos General Hospital

گواهی میشود :

آقای سیامک پور زند مبتلاً به آرتروز فقرات گردنی و فقرات کمـری و ابـتلا به بیماری قلبی و عروقی – بیماری دستگاه ادراری و عمـل جراحـی بـرای ستون فقرات و فعلا" در اثر ناتوانی جسمی و شرایط روحی بسیار بد که در اثر دوری از فرزندانش که بسیار وابسته به انها بـوده اسـت ، دچـار کـاهش شدید وزن و افسـردگی شدید شده است . خواهـشمند اسـت بـرای نجـات ایشان تا حد امکان کمک بفرمائید و البته درمان نامبرده ادامه دارد و ایشان در پنج نوبت دراین بیمارستان بستری بوده اند:

۱- از تاریخ ۸۳/۷/۲۶  لغایت ۸۳/۸/۳ تحت نظر دکتر شکیبی

۲- از تاریخ  ۸۶/۱/۲۷ لغایت۸۶ /۲/۳ تحت نظر دکتر شکیبی

۳- از تاریخ ۸۸/۸/۲۶ لغایت ۸۸/۹/۱۸ تحت نظر دکتر عشایری

۴- از تاریخ ۸۸/۹/۲۶ لغایت ۸۸/۹/۲۷ تحت نظر دکتر عشایری

۵- از تاریخ ۸۹/۴/۱ لغایت ۸۹/۴/۳ تحت نظر دکتر عشایری

دکتر عشایری

دکتر شکیبی

دکتر فضلعلی عشایری
جراح و متخصص ارتوپدی
ن.پ   ۱۶۳۵۹

تهران ـ خیابان استاد مطهری ـ خیابان شهید عباس ـ کد پست ۱۵۹۶۹۳۳۳۱۱

Toos General Hospital
Date: 30 Shahrivar 1389 [Equivalent to 21 September 2010]

**It is certified that:**

Mr. Siamak Pourzand is afflicted with cervical and lumbar spinal arthritis and suffers
from heart and vascular disease, urinary system disease, has had surgery on his spinal
column, and is currently in a state of physical disability and is in very poor mental
condition that is very much due to being separated from his children, on whom he had
been very dependent, causing him to suffer from a severe loss of weight and severe
depression and he has been admitted to this hospital on five occasions:

1) From 26 Mehr 1383 [17 October 2004]  to 3 Aban 1383 [24 October 2004] under
   the care of Dr. Shakibi
2) From 27 Farvardin 1386 [16 April 2007] to 3 Ordibehesht 1386 [23 April 2007]
   under the care of Dr. Shakibi
3) From 26 Aban 1388 [17 November 2009] to 18 Azar 1388 [9 December 2009]
   under the care of Dr. Ashayeri
4) From 26 Azar 1388 [17 December 2009] to 27 Azar 1388 [18 December 2009]
   under the care of Dr. Ashayeri
5) From 1 Tir 1389 [22 June 2010] to 3 Tir 1389 [24 June 2010] under the care of
   Dr. Ashayeri

Signed by Dr. Fazlali Ashayeri and Dr. Shakibi [first name illegible on stamp]