| RAVAN ASAY<br><br>Psychiatric Treatment and Rehabilitation Center | Unit Summary Sheet | | Unit Number: |
|---|---|---|---|
| Attending physician: Farzad Nazemi | Ward:<br><br>Room:<br><br>Bed: | Name: Siamak | Family name: Pourzand |
| Admission Date: 11/ 22/ 2009 | | Date of birth: | Father's name: |
| Date of Discharge: | Occupation: | Marital Status:<br>Married: ☐<br>Single: ☐ | Sex:<br>Male: ☐<br>Female: ☐ |
| Address and Phone no: | | | |

**Chief Complaint and the Patient Primary Diagnosis:**
Isolation and lack of energy
The patient is a 79-year-old man with 6 months of feeling absurd especially with depressed mood, loss of energy, anhedonia, anxiety, insomnia
Isolation and lack of social activity, sometimes staring at a point and in some cases urinary and fecal incontinence.
Moreover, he has had Parkinson and high blood pressure (BP).


**Final Diagnosis:**
He was diagnosed with Major depressive disorder + Parkinson's disease.
Relative improvement with prescription
1- tab zoloft 100 mg daily
2- tab bupropion 75 mg Tds
3- tab trimipramin 10 mg hs
4- tab apo mirtazapin 5 mg hs
5- tab levodopa-carbidopa 100/25
6- tab prazosin 1mg
7- tab finastride 5mg


**Medical and Surgical Procedures:**

**Results of Clinical Examination:**

**Diagnosis Progress (cause of death):**

**Patient's Condition at the Time of Discharge:**

**Recommendation after Discharge:**

## Certification of Translation

I, Hadis Sabzi, declare that I am a qualified translator and translate from the Farsi language to the English language. I further declare that I have translated the attached document from the Farsi language to the <u>ENGLISH</u> language. I declare to the best of my abilities and belief, that this is a true and correct translation of the Farsi language text of the Medical Report for Siamak Pourzand.

I declare and can competently testify under penalty of perjury that the foregoing is true and correct. Executed this August 8th 2021.

_Hadis Sabzi_
Hadis Sabzi

# RAVAN ASAY
## PSYCHIATRIC TREATMENT & REHABILITATION CENTER

**UNIT SUMMARY SHEET** — برگ خلاصه پرونده

| | |
|---|---|
| Call Number: | |
| Family Name: پورزند | Name: سیامک |
| Father's Name: | Date Of Birth: |
| Attending physician: | Ward: |
| | Room: |
| Admission Date: ۸۸/۹/۲۸ | Bed: |
| Date Of Discharge: ۸۸/۱۱/۱ | Occupation: |
| Sex: ☐ Male  ☐ Female | Marital Status: ☐ Married  ☐ Single |

**Address & Phone No:**

**Chief Complaint Of The Patient History & Primary Diagnosis:**
... Dep mood ... Anxiety ... Anhedonia ... loss of energy ...

**Final Diagnosis:** Insomnia ...

**Medical & Surgical Procedures:**
...

**Results of Clinical Examination:**
...

**Disease Progress (Cause Of Death):** Major Depressive Dis + Parkinson Dis ...

**Patient's Condition At The Time Of Discharge:** Stabe. Stop being duty

**Recommendation After Discharge:**
1) Tab. Bupropion 75 TD
2) Tab. Atmipira...
3) Tab. Alo Nitr...
4) Tab. Levodopa-Carbidopa 100/25
5) Tab. Pra...
6) Cap. Piracetam