Nik Home Care (Dey)

Date: 29 Shahrivar 1389 [Equivalent to 20 September 2010]
Record Number: 1074/Sh

It is kindly certified that Mr. Siamak Pourzand, by reason of his breathing problems and kidney disorders, has, since the month of Bahman 1388 [January/February 2010], been under the care of the doctors and nurses of this center, and it is the recommendation of the doctors that he needs 24-hour nursing care. It should be noted that during his care by these doctors and nurses, the deterioration of his health and his motor disorders was sufficient to require his admission to the hospital. Our center, possessing specialist physicians, nurses, and all necessary equipment, is officially licensed and fully responsible for the aforementioned services.

With thanks,
Center Director
Dr. Seyyed Mohsen Shirvanian
[signature of Dr. Shirvanian]

درمـان در منزل نیک (دی)

به نام خدا

تاریخ: ۸۹/۶/۲۹
شماره: ۱۰۷۴/ش ۸۹

احتراماً گواهی می‌گردد جناب آقای پورزند به علت مشکلات تنفسی و اختلالات کلیوی از بهمن ماه ۸۸ تحت نظر پزشکان و پرستاران این مرکز بوده و با توصیه پزشکان نیاز به پرستاری شبانه روزی دارند. لازم به ذکر است که در حین این مراقبتهای پزشکی و پرستاری، وخامت بیماری ایشان و اختلالات حرکتی موجب انتقال ایشان به بیمارستان نیز گردیده است. مرکز ما با دارا بودن پزشکان متخصص، پرستاران و تجهیزات لازم به عنوان مرکزدارای مجوز رسمی عهده دار این خدمات می‌باشد.

با تشکر
مدیریت مرکز
دکتر سیدمحسن پیروانیان

درمان در منزل نیک (دی)
nik

HOME CARE

خیابان سالاری از اسفندیار، برج صبا