# M. MICHAEL MASSUMI, M.D., P.A.

Physical Medicine & Rehabilitation
Neuromuscular Electrodiagnostics
Pain Management
660 KENILWORTH DRIVE
SUITE 200
TOWSON, MD 21204

(410) 825-5905    FAX (410) 825-7712
email: info@massumi.com
www.massumi.com

**DIPLOMATE:**
American Academy of
Physical Medicine and
Rehabilitation

American Academy of Pain
Management

**MEMBER:**
American Academy of
Electrodiagnostic Medicine

American College of Sports
Medicine

American Pain Society

American Medical
Informatics Society

Rehabilitation Engineering
Society of
North America

American Telemedicine
Association

October 17, 2003

Re:   Siamak Pourzand
      Date of Birth:   September 15, 1929
      Currently confined to third block / Evin prison, Tehran, Iran
      c/o Maheen Pourzand-Saffar
      011-9821-873-4614 in Tehran, Iran

To Whom It May Concern:

This is in reference to the above-captioned individual who is currently under confinement at the Evin prison in Tehran, Iran.

I've reviewed the patient's medical records and in particular the following documents:

1.   Letter of Saturday, August 9, 2003 (Mordad 18, 1382) from Dr. Fazlali Ashayeri alluding to the MRI report of Wednesday, July 30, 2003 (Mordad 8, 1382) of the cervical and lumbosacral spine. Dr. Ashayeri has correctly concluded that treatment currently available in the United States in spine surgery and post-op rehabilitative care will mitigate the serious progression of spinal stenosis and impending paresis in this patient.

2.   MRI report of July 30, 2003 (Mordad 8, 1382) outlining the significant presence of spinal stenosis resulting in effacement and compression of the cord at the cervical and lumbosacral areas.

If left unattended, Mr. Pourzand will progress to a wheelchair-dependent status in the very near future. Spinal stenosis is a serious, yet remediable condition best treated by surgical decompression and post-op aggressive rehab. Such an approach will prevent premature disability and the associated organ failures (such as bowel and bladder dysfunction).

It is my recommendation that Mr. Pourzand be treated in the United States at duly equipped surgical centers. I am an affiliate of such centers through our clinic in Baltimore, Maryland and we regularly consult and treat patients of the Johns Hopkins University Hospital or the Greater Baltimore Medical Center. We will be happy to assist in seeing that Mr. Pourzand receives this urgent and much needed treatment fluently and expeditiously.

Siamak Pourzand
October 17, 2003
Page 2

I'd be happy to answer any other questions regarding this matter; Please don't hesitate to call or e-mail our clinic at 410-825-5905 or at info@massumi.com .

Sincerely yours,

M. Michael Massumi, MD
*President*
M. Michael Massumi, PA
660 Kenilworth Dr., Ste 200
Towson, MD   21204
410.825.5905 V
410.825.2844 F
www.Massumi.com