Supreme Leader of Islamic Republic of Iran

January 11th, 2007

Your Excellency,

In 2001 when pursuit of my father, Siamak Pourzand, started, I was in later years of high school. This event resulted in serious turbulence in our lives. Since then, I am envying a life where I could live with my ill and elderly father. Despite all the anguishes, I have been able to get admission to university and in the midst of tears and sighs, I succeeded in obtaining my bachelor from Oberlin College in Ohio.

Fortunately, my father has been recently transferred from prison to a hospital and subsequently to a home. Judge Zafarghandi has granted my father furlough due to his old age. However, he is 76 years old, ill, and in need of several surgical operations. None of his family member are next to him as they have been generally intimidated to stay outside the country. As a result, my father is experiencing an extremely difficult period in isolation in a small apartment in Poonak neighbourhood of Tehran.

He is suffering from multitude of afflictions. As his younger daughter, I believe it is my duty to invest all my efforts in ending his absolute isolation and facilitate his treatment outside the country.

In order for me to carry out my filial duties to my forlorn, ailing and aging father, I seek your help and implore your excellency to order Judge Zafarghandi who is handling his case in Mehrabad Airport Judicial complex to authorize issuing a passport to my father and grant him the permission to leave the country. My only wish is for my father to attend my graduation ceremony at Oberlin College in May 2007.

I plead for your help to confer on a young Iranian woman who has spent a difficult life during her adolescence in the sorrow of her father's absence. I need your present. I am in a sensitive and critical stage of my life. Your gift could grant me new life and drive.

I am certain that Your Excellency in the position as the supreme guardian will accord attention to my request and provide me with the opportunity to be grateful to God for having my aging and ailing father in my graduation ceremony and thankful to you for meeting the emotional and psychological needs of a young Iranian woman.

۲۱/۱۰/۸۵

به نام خدا

حضور محترم مقام معظم رهبری،

با کمال احترام به عرض می رساند:

در سال 1380 که پدرم "سیامک پورزند" تحت پیگرد قرار گرفت سال های آخر دبیرستان را سپری می کردم. زندگی به علت این واقعه به شدت متلاطم شد. از آن زمان در حسرت همزیستی با پدر بیمار و سالخورده ام بوده ام و با وجود تألمات و تاثرات بسیاری که داشته و دارم از عهده ادامه تحصیل و ورود به دانشگاه برآمده و با اشک و آه توانسته ام دوران لیسانس را در ایالت اوهایو و در دانشگاه اوبرلین به پایان برسانم.

خوشبختانه مدتی است پدرم از زندان به بیمارستان و سپس به خانه منتقل شده و قاضی ظفرقندی اجازه داده است نامبرده به لحاظ کهولت سن از زندان رها بشود. اما او که 76 ساله و بیمار است به چند عمل جراحی نیاز دارد و چون هیچ یک از افراد خانواده در کنارش نیستند و عموما تحت تاثیر تبعات دستگیری او مرعوب شده و خارج از کشور ماندگار شده اند، لذا پدرم دوران بسیار دشواری را در تنهایی مطلق و در آپارتمان کوچکی واقع در پونک می گذراند. از انواع دردها و بیماری ها رنج می برد و من که کوچکترین فرزندش هستم به عهده خود می دانم تا جاییکه توان دارم کوشش کنم او را از تنهایی مطلق درآورده و موجبات درمانش را خارج از کشور فراهم سازم.

برای آنکه بتوانم وظایف فرزندی را نسبت به این پدر سالخورده و دردمند و تنها ادا کنم دست نیاز به سوی شما دراز کرده و از آن مقام استدعا دارم امر بفرمایند موجبات صدور گذرنامه و مجوز خروج از کشور از سوی قاضی ظفرقندی رییس وقت دادگاه رسیدگی کننده به پرونده وی واقع در مجتمع قضایی فرودگاه مهرآباد فراهم بشود. تنها آرزویم این است که پدرم در مراسم فارغ التحصیلی ام که در اردیبهشت سال 1386 در دانشگاه اوبرلین برگزار می شود، شرکت کند.

از حضرتعالی تقاضا دارم با عنایت به این درخواست، به یک دختر جوان ایرانی که زندگی دشواری را در نبود پدر و در اندوه او گذرانده است هدیه بدهید. من به هدیه شما برای آنکه پدرم را در مراسم فارغ التحصیلی در کنار داشته باشم به شدت نیازمندم. این دستور می تواند به من که در مقطع حساسی از زندگی به سر می برم جان تازه ای بدهد. اطمینان دارم حضرتعالی که در مقام ولایت جای دارید به این

SP00167

02/12/2007 16:41 6174959393 HUMAN RIGHTS PROGRAM PAGE 04

تقاضا توجه می فرمایند و به من فرصت می دهید تا در مراسم فارغ التحصیلی از اینکه پدر بیمار و سالخورده ام را در کنار دارم شکرگزار خداوند متعال بوده و مراتب سپاس خود را از حضرتعالی که به نیاز روانی و عاطفی یک دختر جوان ایرانی توجه فرموده اید اعلام کرده و شکر نعمت به جا آورم.

با بهترین آرزوها
برای سلامت و توفیق حضرتعالی
آزاده پورزند

ضمیمه: آخرین مدارک پزشکی سیامک پورزند ضمیمه این نامه است.

نشانی منزل کنونی سیامک پورزند:
پونک، انتهای بزرگراه اشرفی اصفهانی، به طرف حصارک ( خیابان سیمون بلیوار) روبروی دبستان فرشته، مجتمع ارغوان، پلاک 103، طبقه 6 آپارتمان 62
تلفن:
44830474

نشانی محل اقامت آزاده پورزند در دانشگاه اوبرلین:
135 West Lorain Street, OCMR 0808, Oberlin, OH 44074

تلفن:
001-240-997-1061

پست الکترونیکی:
azadeh.pourzand@oberlin.edu

نشانی دفتر رییس دانشگاه اوبرلین:
President Nancy Dye
Cox Administration Building, Room 201
Oberlin College, 70 N Professor St., Oberlin, OH 44074
تلفن:
001-440-775-8400

دورنما:
001-440-775-8937

پست الکترونیکی:
nancy.dye@oberlin.edu



