Chair of the UN Human Rights Commission

Dear Chairperson,

I would like to take your upcoming trip to Iran as an opportune time to draw your attention to the special judicial predicament and circumstances in which my husband and I find ourselves:

1.  I, Mehrangiz Kar, a lawyer and member of Iranian Bar Association, a writer, and a journalist, have spent 23 years defending the civil rights of Iranians during the Islamic Republic reign. Despite difficult conditions, I had never left Iran during this period. Moreover, my advocacy and defense of democracy, human rights, and women rights were always conducted in accordance with the Islamic Republic of Iran's laws.

    In the year 2000, I was arrested by the 3rd Branch of Tehran's Revolutionary Court for attending what came be to known as "Berlin Conference". I was released on bail after spending 53 days in solitary confinement and enduring various forms of pressure and duress. In the first trial, I was sentenced to four years in prison in an unfair and illegal process. The sentence, thanks to efforts of Mr. Maurice Copithorne, former United Nations rapporteur on human rights in Iran (1995-2002), was reduced on the appeal to a fine which I duly paid.

    However, the same branch presided by Judge Ahmadi Moghadas charged me with three other counts with regards to the Berlin Conference and sent my case to branch 1410 of General Courts (also known as Press & Journalism Court) presided by Judge Mortazavi. The three charges are as follows:

    I.    Refusal to Bbserve Islamic Hijab in Berlin Conference
    II.   Repudiation of Sharia Laws regarding the Hijab
    III.  Insulting and vituperation of sacred religious concepts

    This criminal case is still open against me. I was able to leave Iran with the help of Human Rights division within Netherlands' embassy in Iran for the treatment of my cancer which I contracted during my detention. I am currently under treatment in the United States. While I strongly desire to return to Iran after a round of treatment, this case and other various cases which they have reportedly opened against me have impeded my return to Iran.

    I, hereby, would like to ask you to follow up with my legal case so that I would no longer have to stay outside Iran.

2. My husband, Siamak Pourzand, 72 is a veteran journalist who was abducted on November 24th, 2001. After spending 8 months in solitary confinement and secret prison and detention locations, he was sentenced to 11 years in prison on the charges of overthrowing (the regime), espionage, and other bogus charges in an unfair trial which did not meet the minimum standards of due process of law. It has also been announced that another case is open against him which, if convicted, could result in death penalty for him. The authorities did not stop here. While in very poor physical and mental state, Siamak Pourzand was forced to make false televised confession against himself and others, including me.

The confessions were made under circumstances where there was no knowledge of his whereabouts and conditions under which he was being held. We sought help from International organizations and finally after 14 months and as a result of pressure from European Union, he was granted temporary medical furlough.

He is now residing and under treatment in an apartment located in Abbas Abad neighbourhood (Pakistan Ave. 4th street, No. 21). He could be, however, returned to prison at any moment. Siamak Pourzand is so terrified and the surveillance of his acts and words is so strong that he is unable to describe the conditions of his detention. All his telephone conversations with his family are tapped. He is constantly summoned to provide reports against others. All these measures are meant to ensure he is intimidated and forced into silence.

Furthermore, other cases opened against him are used to extort him and would be actively pursued if he breaks his silence.

This is how life, security, and dignity of an entire family which had devoted itself to the realm of cultural activities have become pawns in illegal and violent ordeal orchestrated by authorities. The abject abuses have resulted in dispersion of the family and disintegration of our family unit.

I, hereby, respectfully request that you would consider and investigate my husband and my judicial/legal situation. We have been deprived of all our human rights and a life under normal conditions.

I greatly thank you for your time and considerations in advance.


Sincerely yours,


Mehrangiz Kar

Lawyer (Iranian Bar Association) and Author

Bethesda, MD, USA

صفحهٔ ۱



Mehrangiz Kaar
ATTORNEY AT LAW

مهرانگیز کار

وکیل پایه یک دادگستری

مقام محترم ریاست کمیسیون حقوق بشر

سازمان ملل متحد

با احترام

موقع را مناسب می‌دانم تا آن جناب را که عازم ایران شده‌اید در جریان وضعیت

خاص قضایی خود و همسرم قرار دهم :

۱- اینجانب مهرانگیز کار وکیل دادگستری جمهوری اسلامی ، نویسنده و روزنامه‌نویس ،

طی مدت ۲۳ سال در دوران جمهوری اسلامی از حقوق شهروندی دفاع کرده و

تحت هر شرایطی ایران را ترک نکرده‌ام . دفاع از دموکراسی ، حقوق بشر و

حقوق زن همواره در چارچوب قوانین کشور انجام شده است .

در سال ۱۳۷۹ شمسی ( ۲۰۰۰ میلادی ) به اتهام شرکت در کنفرانس برلین توسط

شعبه سوم دادگاه انقلاب اسلامی تهران بازداشت شدم و بعد از تحمل

۵۲ روز زندان در سلول انفرادی و تحمل انواع فشارها به قید وثیقه

هنگفت آزاد شدم . در مرحله بدوی ، پس از انجام یک محاکمه غیرقانونی

و غیر منصفانه به چهار سال حبس محکوم شدم که این حکم تحت تأثیر

20 First St. (off Gh. Farahani Ave.), 2nd Floor, Tehran 15859 - Iran
Tel: 8841777 / 8845159     Fax: 8841777
Tel: 001-301-951-5678

خیابان فائم مقام فراهانی ، کوچه یکم ، شماره ۲۰ ، طبقه دوم ، تهران ۱۵۸۵۹
تلفن: ۸۸۴۵۱۵۹ . ۸۸۴۱۷۷۷     فاکس: ۸۸۴۱۷۷۷

SP00320



**Mehrangiz Kaar**
ATTORNEY AT LAW

مهرانگیز کار

وکیل پایه یک دادگستری

اقدامات آقای موریس کا پیتورن ناظر حقوق بشر در ایران ، در مرحله تجدید نظر

تشکست و مجازات حبس تبدیل شد به جزای نقدی که آنرا به صندوق دادگستری

پرداخت نمودم .

با این حال شعبه سوم دادگاه انقلاب اسلامی تهران به ریاست آقای

احمدی مقدس سه اتهام دیگر در ارتباط با کنفرانس برلین برمن وارد

کرده و پرونده را برای رسیدگی به این اتهامات به شعبه ۱۴۱۰ دادگاه

عمومی موسوم به دادگاه مطبوعات به ریاست آقای سعید مرتضوی ارسال

داشته است . این سه اتهام عبارت است از :

۱ ـ عدم رعایت حجاب شرعی در کنفرانس برلین .

۲ ـ انکار و رد حکم واجب شرعی حجاب اسلامی .

۳ ـ توهین و هتاکی نسبت به مقدسات دینی

پرونده جزایی با سه اتهام علیه اینجانب همچنان مفتوح است . توانسته ام

به کمک مختص حقوق بشر سفارت هلند کشور را برای معالجه بیماری سرطان

20 First St. (off Gh. Farahani Ave.), 2nd Floor, Tehran 15859 - Iran
Tel: 8841777 / 8845159    Fax: 8841777

خیابان قائم مقام فراهانی ـ کوچه یکم ـ شماره ۲۰ ـ طبقه دوم ـ تهران ۱۵۸۵۹
تلفن: ۸۸۴۱۷۷۷ ـ ۸۸۴۵۱۵۹    فاکس: ۸۸۴۱۷۷۷

مهرانگیز کار

**Mehrangiz Kaar**
ATTORNEY AT LAW

وکیل پایه یک دادگستری

که در دوران بازداشت به آن مبتلا شدم ترک کنم و هم اکنون در امریکا تحت

درمان می باشم . درحالیکه به شدت علاقمندم پس از گذراندن یک دوره

معالجه به کشورم بازگردم ، اما مفتوح بودن این پرونده و پرونده های متعدد

دیگری که به قرار اطلاع برایم ساخته اند ، راه را بر من بسته است .

خواهشمندم در دوران اقامت خود در ایران ، وضعیت قضائی اینجانب

را به نحوی که مجبور به ادامه اقامت در خارج نشوم مورد توجه قرار دهید .

۲ ـ همسرم سیامک پورزند فرزند روزنامه نگار قدیمی و ۷۲ ساله در تاریخ سوم

آذر ماه ۱۳۸۰ (۲۴ نوامبر ۲۰۰۱) ربوده شد و بعد از ۸ ماه نگهداری در

سلول انفرادی و زندان های بی نام ونشان در جریان یک محاکمه غیرعادی

و غیر منصفانه به اتهام براندازی و جاسوسی و اتهامات واهی دیگر

به ۱۱ سال حبس محکوم شد . ضمناً اعلام کردند پرونده دیگری علیه

وی مفتوح است که در صورت اثبات ممکن است مجازات اعدام

در پی داشته باشد . به این هم تفاوت نکردند . او را که در وضعیت



مهرانگیز کار

وکیل پایه یک دادگستری

بسیار نامطلوب جسمی و روانی بود ضمن یک نمایش تلویزیونی به بهانهٔ

مصاحبه مجبور به اقرار علیه خود و دیگران از جمله اینجانب نمودند .

در این وضعیت که از محل بازداشت و نحوهٔ نگهداری او کمترین اطلاعی

در دست نبود نهادهای بین المللی را به کمک طلبیدیم و سرانجام بعد از

حدود یکسال و دوماه زیر فشار اتحادیهٔ اروپا نامبرده را به طور

موقت از زندان آزاد کردند و به او مرخصی استعلاجی دادند .

اکنون حدود دوماه است در آپارتمانی واقع در عباس آباد خیابان

پاکستان خیابان چهارم پلاک ۲۱ شمارهٔ تلفن ۸۷۳٤٦۱٤ سکونت

دارد و تحت درمان است . اما هر لحظه احتمال دارد دوباره او را

به زندان باز گردانند . وی به اندازه ای مرعوب و تحت نظر و

زیر کنترل است که کمترین توانایی روانی برای بیان وضعیت

بازداشت خود ندارد . کلیهٔ مکالمات تلفنی او با افراد خانواده

تحت کنترل است و پیاپی او را احضار می کنند ، از او گزارش

20 First St. (off Gh. Farahani Ave.), 2nd Floor, Tehran 15859 - Iran
Tel: 8841777   /   8845159         Fax: 8841777

خیابان قائم مقام فراهانی ۔ کوچه یکم ۔ شماره ۲۰ ۔ طبقه دوم ۔ تهران ۱۵۸۵۹
تلفن: ۸۸٤۱۷۷۷ ، ۸۸٤۵۱۵۹    فاکس: ۸۸٤۱۷۷۷

صفحه ۵

## مهرانگیز کار
### وکیل پایه یک دادگستری

علیه دیگران می خواهند - تا او را امنیان مرعوب و ساکت نگاه دارند.

به قرار اطلاع پرونده هایی را علیه اش ساخته و مفتوح نگاه داشته اند

- هر گاه سکوت را بشکند این پرونده ها را نیز فعال کنند.

بدین ترتیب جان و امنیت و حیثیت یک خانواده فرهنگی بازیچه

برخوردهای غیر قانونی و خشونت آمیز شده و ارکان آن از هم

پاشیده است.

اینک از شما استدعا دارم وضعیت تقاضای من و همسرم را که از

کلیه حقوق انسانی و زندگی در شرایط طبیعی محروم شده ایم در

دستور کار خود قرار دهید.

با احترام

مهرانگیز کار

وکیل دادگستری تهران

اسناد وندفنید.

#1025
4400 East-West highway
BETHESDA, MARYLAND
20814
u, S, A
Tel: 001-301-951-5678

20 First St. (off Gh. Farahani Ave.), 2nd Floor, Tehran 15859 - Iran
Tel: 8841777  /  8845159        Fax: 8841777

خیابان قائم مقام فراهانی ـ کوچه یکم ـ شماره ۲۰ ـ طبقه دوم ـ تهران ۱۵۸۵۹
تلفن: ۸۸۴۱۷۷۷ ـ ۸۸۴۵۱۵۹ ـ فاکس: ۸۸۴۱۷۷۷