**Comité International pour la Transition à la Démocratie en Iran**
**International Committee for Transition to Democracy in Iran**
*Comitato Internazionale per Transizione a la Democrazia nell'Iran / Comité Internacional por Transici?n Democratica en Ir?n*
**Internationales Komitee für den Übergang zur Demokratie im Iran**

Mr. Kofi Annan, Secretary-General
The United Nations Organization
United Nations Plaza
New York, NY, 10017
USA

30 June 200

Your Excellency,

As you are no doubt aware, the conditions of Human Rights in Iran have, over the last few years, deteriorated once again The hopes that the reform movement would put an end to the arbitrariness of IRI's judicial system have all but been dashed As various NGO Human Rights organizations, such as **Amnesty International** and **Human Rights Watch**, as well a **Reporters sans Frontières** (some of which are accredited with the UNO) have amply documented, the gross violations o fundamental rights of Iranian citizens, of all creeds and persuasions—in spite of pretensions to the contrary by the regime i Tehran—that taken place. Of particular concern is the arbitrary role the Judiciary system under Ay. Shahroudi has bee increasingly playing in the repression of fundamental liberties enunciated in the Universal Declaration of Human Rights, t which the Iranian State has long been a signatory. Noteworthy is also the arrest, torture (now more psychological tha physical), and Kangaroo trials of various dissidents and opponents of the present regime, among whom are to be foun lawyers, university professors, students, and journalists, including some belonging to the reformists close to Presiden Khatami. No less important is the kidnapping and murder of dissident intellectuals, whose killers, when arrested and "tried, have been either given light sentences or simply freed.

A good number of journalists, writers, and even lawyers have been incarcerated merely because they have sought to exercis their profession freely. Investigating journalists (such as 'Emad al-Din Baqi et Akbar Gandji) who have endeavoured t throw light on these murders and their origins within the ruling clericracy have been incarcerated.

Of great concern is the case of lawyers who have defended the families of writers dastardly kidnapped and murdered b gangs supported by certain circles within the clericracy. One such lawyer is Dr. Nasser Zarafshan, attorney of the families o dissident intellectuals murdered in 1998, who was given a five-year sentence and fifty lashes for having dared to raise th question of possible involvement of the Ministry of Information (the political police) in the murders.

However incredible it may seem, lawyers such as M. Dadkhah, defending other attorneys put on trial, have been, in turn tried and imprisoned, on charges of having "sympathized" with their client-colleagues, their only "crime" being merely th will to practice their profession.

While the murder of opponents of the regime abroad in the 1980s and 1990s has happily come to an end, thanks t international pressure and severe judicial proceedings in Europe (such as the case of the murderers of Iranian Kurdis leaders in Berlin), the worsening of the conditions of Human Rights inside Iran, which also includes the stoning of wome to death in public as well as public hanging of those condemned for non-political offenses, has not led to internationa measures and sanctions against the present Iranian State—all the more indignantly since HR organizations mentioned abov have publicly denounced the deterioration of these conditions in Iran.

The all-powerful Judiciary branch of the regime that controls the effective exercise of power continues to strangle Huma Rights. The oldest political prisoner under the present regime (since fall 1979), former Deputy Prime Minister (Mr. A. Amir Entezam) has recently been rearrested while on short "leave" for medical treatment. His conditions in prison have bee reported critically worsened. Flagrantly unfair "trials" of political opponents, solitary confinement of detainees, extraction o confessions under duress (as in the televised case of S. Pourzand, a seventy-three-year-old journalist seized in Novembe 2001), and harsh conditions of detention for a number of prisoners, especially the elderly, have caused extreme concern.

A "Revolutionary Court" in Hamadan handed out a death sentence against an academic and an invalid veteran of the Iraq invasion of Iran (Pr. Aghajari) for an alleged blasphemy and insulting the clergy. Pollsters (such as Behrouz Geranpayeh have been accused of collaboration with US and British intelligence agencies and condemned to long prison terms merel for having published poll results disagreeable to the regime. Dissident clerics (such as former Majles deputy Mohse

Youssephi Eshkevari and former Interior Minister 'Abdullah Nouri) have been condemned to several years of imprisonmen for their opinions. Thus, while the well known murderers of intellectuals have been set free, students (such as A. Batebi, M Lohrassbi, A. Mohammadi, M. Mohammadi, and A. Afshari) have been given long sentences for having participated i protest demonstrations at the university in 1999. As unbelievable as it may seem, in 2002 at least 30 parliamentarians (of th reformist wing) were arrested and interrogated by judicial officials and sentenced in connection with allegations o "defamation, slander and spreading false information, although only one was imprisoned by the end of the year. In Octobe 2002 female journalist Fatemeh Govara'i was sentenced to six months' imprisonment and 50 lashes for an interview sh gave to a newspaper. She appealed against the sentence.

According to the Human Rights Watch's report published in April 2003, in 2002, 26 political dissidents were arrested an accused by the judiciary of "acts against national security" and "seeking to overthrow the state by illegal means." All fiftee participants at a Berlin conference organized by the Berlin House of Culture were summoned by the Judiciary authoritie and accused of vague charges. From among them, Human rights lawyer Ms. Mehrangiz Kar and publisher and women' rights activist Ms. Shahla Lahiji, were both detained for several months, then sentenced to four years' imprisonment, whic sentences were reduced on appeal, under international pressure, to fines. Translators Khalil Rostamkhani and Sa'id Sadr o the German Embassy in Tehran were sentenced, in the same connection, to "nine (reduced to eight on appeal) and 10 years imprisonment respectively, to be served in cities far from their homes and families."
No less importantly, ethnic and religious minorities continue to suffer from terrible discrimination.

The ferocious inhumanity of those who run the regime from Tehran is also reflected in the two following cases. Irania dancer M. Khordadian, who had, after twenty years, returned from the US to visit his family, was arrested on charges o "corrupting public morality," and given a ten-year (suspended) prison term and banned from returning to the United States Iranian actress, Ms. Gohar Kheyrandish, who had kissed a film director on his forehead at a film festival, was als prosecuted for "corrupting public morality."

Senior Shiite ulama have not been spared in this untamed repression. Grand Ay. H.A. Montazeri, the former designate successor to Ayatollah Khomeini, has remained under house arrest in Qom merely for his opposition to the presen leadership. It is noteworthy that on 8 July 2002, even Ayatollah Jalal al-Din Taheri, Friday Prayer Leader of Isfahan appointed by Ay. Khomeini, tendered his resignation, observing that power centers of the regime were "unchecked an unbridled ... neither reproached by the executors of justice nor reproved by the law." Such an admission, by a high-rankin clericrat, of lack of accountability, of corruption and of lawlessness, must strike a deep cord with those concerned wit Human Rights at the international level as it has with the Iranian people.

In one word, the rule of law in Iran has but disappeared totally, giving way to unprecedented arbitrariness by a few "judges of Islamic courts who act as prosecutor, jury and judge all at the same time.

The latest Amnesty International reports (for 2001 and 2002) have stressed that in Iran "scores of students, academics an journalists, along with a number of lawyers, were arrested and faced politically motivated criminal charges based on vaguel worded defamation or security provisions. Such arrests were part of the clampdown on freedom of expression an association led by judicial officials. Reports of ill treatment and torture continued to be received without any sign o independent investigation. At least 113 individuals were executed [in 2002], including long-term political prisoners and i particular those connected with illegal parties supporting the Kurdish minority. They included two people reportedl executed by stoning. At least 84 individuals were flogged, many in public." Amnesty adds that in 2001 "at least 139 people including one minor, had been executed and 285 flogged, many in public."

Paradoxically, in April 2002, during the fifty-eight session of the U.N. Commission on Human Rights, a draft resolutio criticizing the situation in Iran was defeated by a roll-call vote of twenty to nineteen, with fourteen abstentions, marking th first time in more than fifteen years that a resolution criticizing Iran's human rights practices did not pass at the commission Thus the UN Commission on Human Rights turned a blind eye to see this glaringly inhuman treatment of Iranian dissidents The reason seems be in the explanation provided by Human Rights Watch report, published in April 2003, "A powerfu grouping of hostile governments" have joined the UN Commission in recent years in order "to oppose several importan country initiatives" regarding Human Rights in the world. In this light, the question that victims of Human Rights violation justifiably ask themselves is whether the sovereignty of UN member states grants them the license to collectively protect th violation of the UN Charter and other conventions they are signatory to?

The International Committee for Transition to Democracy in Iran calls on Your Excellency, Secretary-General of the Unite Nation, and the Commission for Human Rights to bring pressure to bear on the Iranian Islamic State:
1 - To establish Human Rights as enunciated in the UDHR and abide by all other international conventions to which Iran ha long been a signatory;
2 - To remove all "legal" and practical impediments to the monitoring and reporting on the situation of Human Rights i Iran, facilitating visits by the U.N. Special Rapporteurs, as well as NGOs such as **Amnesty International, Reporters san Frontières, and Human Rights Watch**, in order to investigate the reported violence against women, torture of prisoners and freedom of religion.

The International Committee for Transition to Democracy in Iran urges Your Excellency as Secretary-General, as well as th U.N. Commission on Human Rights, who are required by the Charter to monitor the conditions of Human Rights, t convene as soon as possible a special session of the UNHRC to consider the deteriorating situation of HR in Iran, in whic witnesses from inside and outside Iran could offer testimonies regarding this question, and to make recommendations o how all citizens' rights can be best protected in that country. This initiative would be no novelty in the annals of the UN, a the Commission on Human Rights has held special debates during its regular sessions to deal with past Human Rights crise in Chechnya, the Palestinian Occupied Territories, former Yugoslavia, Rwanda, East Timor, and Israel. Indeed, there is als the precedent of active intervention by your Secretariat in bringing pressure to bear on the Burmese Government to free Ms Aung San Suu Kyi and to allow her to pursue her activities for the restoration of democracy to her country. There is all th more reason for an intervention of this nature in a far more sensitive region of the world.

This Committee would also like to express its concern over the fate of the Mojahedin, the Iranian opposition group based i Iraq and recognized both by the European Union and the US Department of State as a terrorist organization. Recen American press reports about the possibility of their being used, by occupying powers in Iraq, against the regime in Tehra are alarming, as such an attempt would be not only contrary to international law but also unethical.

In sum, the International Committee for Transition to Democracy in Iran calls upon Your Excellency to insist on full prompt and impartial investigations of any allegations of violations of Human Rights in Iran in order to identify thei perpetrators and to recommend the appropriate retributions for them.

Respectfully yours,

For the International Committee for Transition to Democracy in Iran


André Guillou, Directeur d'Etudes à l'Ecole des Hautes Etudes en Sciences Sociales


***Members/Membres***
Samir **Amin**, *Economist.* Antonio L. **Antunes**, *Novelist* (Portugal). Claude **Cheysson**, *Fmr Fr. For. Minister.* Regis **Debray**, *Philosopher.* M.-Ch. **Ferjani**, *Pol. Scientist/Islamologist* (CNRS, Univ.Lyon II). Philippe **Fritsch**, *Sociologist* (Univ. Lyon II). Costa **Gavras**, *Film Director.* Antonio **Gomez-Moriana**, Prof. of Comparative Literature (Montreal & Vancouver, The Canadian Academy of Sciences and Humanities). Albert **Jacquard**, *Scientist.* Peter von **Moos**, *Historian* (Germany). Paul **Noirot**, *Publisher* (Paris). José **Saramago**, (*Nobel Laureate*, Literature). Roland **Sublon**, *Fr. Dean*, Faculty of Theology (Strasbourg). Jean.-Pierre **Vernant**, (*Historian*, Collège de France). Jean **Ziegler**, *Sociologist, UN Special Rapporteur* (Geneva).
Hélène **Antoniadis-Bibicou**, *Hisorian.* André **Brigot**, *Sociologist.* André **Guillou**, *Historian.* Maurice **Godelier**, *Anthropologist.* Alain **Joxe**, *Sociologist.* Pierre **Vidal-Naquet**, *Historian*
(Ecole des Hautes Etudes en Sciences Sociales, Paris).
***Supporters***
Ian **Angus**, Prof. of Humanities (Vancouver). Antoine **Casanova**, *historien* (Directeur de *La Pensée*). Noam **Chomsky**, *Professor of Linguistics* (MIT). C. **Fuehrer**, *Pastor* (Leipzig). Alain **Hayot**, *Sociologist.* A.M. **Hochet**, *Sociologist.* Jean-Pierre **Kahane**, *Mathématicien* (Membre de l'Académie des Sciences). John G. **Mason**, *Political Scientist* (N.Y.). Geraldo **Otero**, *Sociologist* (Vancouver). Harold **Pinter**, *Playwright.* Svend **Robinson**, *MP, Hum. Rights Spokesman for the* NDP (Canada). Imre **Szeman**, Director, Institute on Globalization and the Human Condition (McMaster Univ., Canada). Immanuel **Wallerstein**, *Sociologist.*
†Edward **Said**, *Prof. of Literature*
www.iranebidar.com/citdi/htmlAddress: citdi@yahoo.fr //

**Comité International pour la Transition à la Démocratie en Iran**
**International Committee for Transition to Democracy in Iran**
*Comitato Internazionale per Transizione a la Democrazia nell'Iran / Comité Internacional por Transición Democratica en Irán*
**Internationales Komitee für den Übergang zur Demokratie im Iran**

نامه به کوفي عَنان، دبیر کل سازمان ملل متحد

Mr. Kofi Annan, Secretary-General
The United Nations Organization
United Nations Plaza
New York, NY, 10017, USA

3 ژوئن 2003

ناب آقاي کوفي عَنان، دبیر کل سازمان ملل متحد،

همان گونه که جنابعالي، بي ترديد، اطلاع داريد، در سال هاي اخير وضعيت حقوق بشر در ايران بيش از پيش رو به وخامت داشته است.      اميد به جنبش اصلاح طلبي براي پايان دادن به خود سري هاي دستگاه قضائيه ي حکومت اسلامي در ايران دي است که از دست رفته است.       گزارش هاي سازمان هاي مختلف حقوق بشر، نظير عفو بين الملل، ديده بان حقوق بشر گزارشگران بدون مرز (که برخي از آن ها از جانب سازمان ملل به رسميت شناخته شده اند)   بارها نشان داده اند که بر خلاف گفته هاي رسمي، تجاوز آشکار به حقوق بنيادين شهروندان ايراني در سال هاي اخير رو به شدت و افزايش گذاشته است. نقش و موقعيت دستگاه قضايي -- به رياست آيت الله شاهرودي -- در افزايش و تشديدِ تجاوز به آزادي هاي بنيادي مُصرح در اعلاميه ي جهاني حقوق بشر بسيار نگران کننده است، در حالي که حکومت ايران از مدت ها پيش يکي از اميضاء کنندگان آن اعلاميه بوده است.

به ويژه مي توان به دستگيري و شکنجه (بيش از پيش شکنجه هاي رواني به جاي شکنجه هاي جسماني)، محکوميت هاي ساس مخالفان رژيم و دگر انديشان اشاره برد.    از آن جمله اند وکلاي دادگستري، روزنامه نگاران، استادان و دانشجويان که برخي از ايشان جزو اصلاح طلبان نزديک به رئيس جمهور خاتمي هستند.     وخيم تر از اين ها آدم ربايي و قتل روشنفکر ا گرانديش است که قاتلانشان، حتي اگر دستگير و «محاکمه»  هم بشوند، يا به حبس هاي کوتاه مدت محکوم يا به سادگي آزاد مي شوند.

تعداد زيادي روزنامه نگار و نويسنده، حتي وکلاي دادگستري، به صرف آن که کوشيده اند به حرفه ي خود عمل کنند بندان افکنده شده اند.   روزنامه نگاران پژوهشگري چون عمادالدين باقي و اکبر گنجي که در صدد بر آمدند پرتوي بر ايرقت ا بيفکنند و سر نخ آن ها را در ميان ديوانسالاران حاکم به دست آورند تحت پيگرد قرار گرفته و به زندان افتاده اند.       به و ضعيت وکلاي دادگستري برگزيده ي خانواده هاي نويسندگان مقتول نگران کننده است.      اين نويسندگان توسط باندهايي که انب برخي از مراکز ديوانسالاري مورد حمايت اند بزدلانه ربوده شده و به قتل رسيده بودند.   از اين جمله وُ کُلا ستده کَت اصر زرافشان، وکيل خانواده هاي روشنفکران ديگر انديشي که در 1998   ربوده شده و به قتل رسيده بودند؛ او به پنجا ندان و پنجاه ضربه شلاق محکوم شد، تنها به صرف اين که جرات کرده بود احتمال دست داشتن وزارت اطلاعات (ليـبـ ياسي) را در قتل ها مطرح سازد.

رچند هم که تصور ناپذير باشد، وکلايي نظير م/. دادخواه نيز به صرف «همدردي»    با همکارانشان، به نوبه ي خود تحـ بگرد قرار گرفته، زنداني شده اند؛ تنها جرم آنان انجام وظيفه در شغل وکالت بوده است.

ر حالي که قتل مخالفان رژيم در خارج از کشور به ياري فشار بين المللي و اقدامات پيگيرانه و جدي قضايي -- صوص در مورد قتل رهبران کرد ايراني در برلن -- خوشبختانه متوقف شده است، اما وخيم تر شدن وضعيت حقوق بشر در داخل ايران، سنگسار زنان و اعدام مجرمان عادي در ملاء عام تا کنون هيچ اقدام و مجازاتي را عليه حکومت ايران يانگيخته است.      بدتر از آن، اين است که اين وضعيت شرم آور بار ها از جانب سازمان هاي مدافع حقوق بشر آشکاراً ده است.

وه ي قضاييه ي قدر قدرتِ رژيم [اسلامي]   در ايران که اِعمال قدرت را عملا تحت کنترل دارد به نقض حقوق بشر درايـ شور تداوم مي بخشد.

عباس امير انتظام معاون پيشين نخست وزيري در دولت بازرگان، قديمي ترين زنداني سياسي اين کشور (از پاييز 1979 نون) اخيرا دو باره دستگير شد، در حالي که به علت بيماري در «مرخصي موقت» به سر مي برد.    گفته مي شود که ضعيت سلامت او در زندان با خطري وخيم روبروست.    محاکمه ي بي ترديد ناعادلانه ي مخالفان، حبس زندانيان درسلو لاي انفرادي، اقرار هاي تحميلي (نظير مورد تلوزيوني سيامک پورزند، روزنامه نگار 73 ساله اي که در سال 2001 ستگير شد)   ، وضعيت تحمل ناپذير بازداشتِ تعداد زيادي از زندانيان سياسي، که برخي از ايشان در سنين سالخوردگي بهد ي برند، بس نگران کننده است.

غاجري، استاد دانشگاه که طي تجاوز عراق به ايران معلول گشته بود، در يک «دادگاه انقلابي»   در شهر همدان بهجر

http://www.iranebidar.com/images/citdi/unofarsi.html                                                                                    2004-11-2

کفرگويي» و «توهين» به روحانيت به اعدام محکوم شد.    سنجشگران افکار عمومي، نظير بهروز گرانمايه، متهم به همکاري با سرويس هاي اطلاعاتي آمريکايي و انگليسي شده به زندان هاي طويل المدت محکوم شده اند، تنها به صرف اين که را رده بودند نتايج نظر سنجي اي را که به نفع رژيم نبود منتشر کنند. روحانيون معترضي چون محسن يوسفي-اشکوري( وکيل مجلس اسلامي در سال هاي 1380-1382)    و حجت الاسلام عبدالله نوري، وزير پيشين کشور در دوره هايي با مهوري رفسنجاني و خاتمي، به جرم هاي عقيدتي به زندان هاي طويل المدت محکوم شده اند.    در حالي که قاتلان شناخت ده ي روشنفکران آزاد اند، دانشجوياني چون احمد باطبي م.    لهراسبي، منوچهر محمدي، اکبر محمدي و علي افشاري اطر شرکت در تظاهرات دانشگاهي در 1999 در زندان به سر مي برند.

ر چند هم که در تصور نگنجد، اين راست است که در سال 2002 سي وکيل مجلس (از جناح اصلاح طلب)    ازجاد قامات قضايي رژيم شان به اتهام «افترا، تهمت، و پخش اکاذيب»    دستگير و تحت بازجويي قرار گرفتند، هرچند که تا پ ايان سال تنها يک نفر از آنان زنداني شد. در اکتبر 2002 ، فاطمه گوارايي، روزنامه نگار، به خاطر مصاحبه با يک روزنام به شش ماه زندان و پنجاه ضربه شلاق محکوم شد.   وي درخواست تجديد نظر کرد.

نابر گزارش ديده بان حقوق بشر، مورخ ، در سال هاي 2002 و 2003    بيست و شش ديگر انديش سياسي از جانب مقاما ضايي دستگير و به «اقدام عليه امنيت کشور» و «تلاش در جهت براندازي از طرق غير قانوني» متهم شدند.    پانزده شر کننده در کنفرانس برلين به دعوت خانه ي فرهنگ آن شهر از جانب مقامات قضايي به دادگاه احضار و اتهاماتي مبهم بي نان بسته شد.    از آن جمله اند دو نفر از کوشندگان حقوق بشر، بانو مهر انگيز کار، وکيل دادگستري، و بانو شهلا لاهيجا هم ترين ناشران ايران، که پيش از محکوميت شان به چهار سال زندان، چندين ماه در بازداشت به سر بردند.    اما در دادا جديد نظر محکوميت آنان، زير فشار بين المللي به مجازات هاي نقدي تقليل يافت.    مترجمان سفارت جمهوري فدرال آلما قايان خليل رستمخاني و سعيد صدر ، در ارتباط با همان کنفرانس به ترتيب به نه سال (و در تجديدنظر به هشت سال)   ود ال به دور از محل سکونت خانواده هايشان محکوم شدند.

بعض هاي وحشيانه که اقليت هاي قومي و مذهبي به طور مداوم متحمل مي شوند از   اهميت کمتري برخوردار نيست.
ر اين سرکوب هاي افسار گسيخته به علماي شيعه نيز ترحم نکرده اند. آيت الله حسين منتظري»    جانشين منصوب پيش بي ميني، صرفا به جرم عقايد مخالف با رهبري کنوني در منزلش در قم تحت نظر قرار دارد.    آيت الله جلال الدين ظاهر مام جمعه ي منصوب خميني در اصفهان، در 8 ژوئيه 2002   از مقام خود استعفا داد، با تاکيد بر اين که مراکز قدرت رژ غير قابل کنترل و مهار ناپذير هستند؛ نه از جانب قوه ي قضاييه تنبيه مي شوند و نه از طريق قانون.»    چنين اقرار ا جانب يک مقام معظم روحاني در مورد نبود مسئوليت، فساد، و عدم مشروعيت بايد براي مسئولان حقوق بشر در سطح ج لمللي به همان اندازه تکان دهنده باشد که براي مردم ايران نگران کننده بوده است.

ر يک کلام، حکومت قانون در ايران به کلي از ميان رفته است و راه را براي خودسري بي سابقه ي چند «قاضي»    درمقا رياست دادگاه هاي اسلامي کشور گشوده است، که در عين حال هم نقش دادستان، هم قاضي، و هم هيات منصفه را يک جل هده دارند.

خرين گزارش هاي عفو بين الملل (براي سال هاي 2002 و 2003) تاکيد ورزيده اند که در ايران «    تعداد زيادي دانشج وزنامه نگار همراه چندين وکيل دادگستري دستگير شدند و با پرونده هاي جزايي مبتني به افترا و اتهامات «امنيتي»    واهيد ادگاه سپرده شدند. اين دستگيري ها بخشي است از سرکوبي که از جانب مقامات قضايي در زمينه ي آزادي    بيان و تجم ورت مي گيرد.    ادامه ي رفتار خشونت آميز و شکنجه ي زندانيان سياسي، بدون آنکه کوچکترين تحقيق مستقلي درمور نان بتواند انجام بپذيرد، همچنان گزارش مي شود. [در سال 2002] دست کم 113    تن، از جمله زنداني با احکام طوي لمدت، به ويژه کساني که در ارتباط با احزاب غير قانوني اعلام شده ي حامي اقليت کرد محکوم شده بودند، اعدام شدند.    د يان آنان دو تن سنگسار، و حد اقل 84 نفر با ضربات شلاق و بسياري در ملاء عام تنبيه شدند.    به گفته ي عفو بين الملل د ال 2001، 138 تن، از جمله يک خردسال، اعدام شدند، و 280 نفر به ضرب شلاق و بسياري در ملاء عام کيفر ديدند.

ر آوريل 2002 ، در پنجاه و هشتمين نشست کميسيون حقوق بشر سازمان ملل متحد قطعنامه اي در انتقاد به وضعيت ايرا رائه شد. بر خلاف-آمد-عادت، اين قطعنامه با 20 راي مخالف، 19 راي موفق، و 14 راي ممتنع رد شد.    بدين ترتيب را خستين بار طي پانزده سال به [حکومت]    ايران فرصت داده شد که از زير بار عواقب انتقاد به نقض حقوق بشر ، آن گونه ک ر کميسيون حقوق بشر به بحث گذاشته شد، بگريزد.    بدين سان، کميسيون حقوق بشر سازمان ملل ترجيح داد نسبت به وفتا بر انساني خيره کننده اي که به ديگر انديشان اعمال مي شود چشم بپوشد.    به نظر مي رسد که مي توان علت اين امر را زارش ديده بان حقوق بشر منتشره در سال 2003 يافت: «يک دسته ي زورمند از حکومت هاي مخالف حقوق بشر» ط ال هاي اخير به عضويت کميته ي حقوق بشر در آمده اند تا «    به مخالفت با ابتکار برخي از کشور هاي مهم در زمينه حقو شر بپردازند.» با توجه به اين وضعيت، پرسش بر حق قربانيان اين تجاوزها اين است که آيا اصل «حاکميت»    کشورها عضو سازمان ملل به آنان اين اجازه را مي دهد تا از تجاوز به منشور سازمان ملل و ميثاق هاي آن، که خود امضاکنند ن ها هستند دستجمعي حمايت کنند؟

ميته ي بين المللي براي گذار ايران به دمکراسي   از جنابعالي به عنوان دبير کل سازمان ملل در خواست مي کند که تا حد مکن حکومت اسلامي ايران را براي موارد زير فشار قرار دهيد:

Mr                                                                                                           Sida 4 av

1- برقراي حقوق بشر همانگونه كه در منشور جهاني حقوق بشر تصريح شده اند و تمكين به ميثاق هايي كه ايران از سال ه پيش از امضاكنندگان آن است.

- از ميان برداشتن تمام موانع «قانوني و «شرعي»  و مادي در برابر لزوم نظارت و تهيه ي گزارش در باره ي وضع حقوق بشر در ايران؛ فراهم آوردن زمينه ي بازديد گزارشگران ويژه ي سازمان ملل، و نيز براي سازمان هاي غيردولت ان. جي. او) ، نظير عفو بين الملل، ديده بان حقوق بشر، و گزارشگران بدون مرز، به گونه اي كه اين سازمان ها بتوانند پيرامون گزارش هاي مربوط به نقض حقوق زنان، شكنجه ي زندانيان سياسي و آزادي اديان تحقيق كنند..

ميته ي بين المللي براي گذار ايران به دمكراسي   از جنابعالي و كميسيون حقوق بشر، كه بنابر منشور سازمان ملل متح مسئوليت نظارت بر وضعيت حقوق بشر را به عهده داريد، مصُرانه درخواست مي كند كه يك جلسه ويژه ي كميسيون را شده را در اسرع وقت فرابخوانيد تا تنزل وضع حقوق بشر در ايران را مورد بررسي قرار دهد، نشستي كه طي آن شاهدا ايراني از داخل و خارج كشورشان بتوانند در مورد اين امر شهادت دهند، و نيز كميسيون بتواند توصيه هاي ضرور پيرامون بهترين وجه حفظ حقوق شهروندان آن كشور تدوين كند.  چنين اقدامي به هيچ وجه امر تازه اي در تاريخ سازمان ها خواهد بود، چه در گذشته كميسيون حقوق بشر سازمان ملل در نشست هاي عادي خود به بحث و بررسي         ويژه و امو بحران هاي حقوق بشر در چچنيا، مناطق اشغالي فلسطين، يوگوسلاوي پيشين، رواندا، تي مور شرقي، و اسرائيل پرداخت ست.  براستي، پيشينه ي دخالت فعالانه ي دبير خانه ي شما براي اعمال فشار بر دولت برمه در مورد آزادي بانو آونگ سا وو كيي و اجازه به وي براي پيگيري فعاليت هايش در جهت استقرار دمكراسي در آن كشور نيز در دست هست.  دلاي زوم يك چنين دخالتي در كشوري [چون ايران] واقع در منطقه ي حساسي از جهان به مراتب بيشتر است.

ين كميته همچنان مايل است نگراني خود را در باره ي سرنوشت مجاهدين [خلق]      ابراز دارد، كه يك گروه مخالف اير از ستقر در عراق است و از سوي اتحاديه اروپا و وزارت خارجه ي آمريكا بعنوان يك گروه تروريستي شناخته شده است. گزارش هاي اخير در مطبوعات آمريكا داير بر امكان استفاده از آنان بر ضد رژيم تهران توسط نيروهاي اشغالي در عرا گران كننده است، چه چنين اقدامي نه فقط مغاير قوانين بين المللي كه نيز غير اخلاقي مي توانست بود.

ر يك كلام، كميته ي بين المللي براي گذار ايران به دمكراسي    از جنابعالي درخواست مي كند تا بر تحقيقات كامل طرفانه و فوري در مورد هر گونه اتهام داير بر تجاوز به حقوق بشر در ايران اصرار بورزيد تا عاملان آن تجاوز ات شناخت وند و به كيفر مناسب برسند.

ا احترام،
ز طرف كميته ي بين المللي براي گذار ايران به دمكراسي،
ندره گي يو، پرفسور در مؤسسه ي مطالعات عالي علوم اجتماعي (پاريس) [امضا]


André Guillou, Directeur d'Etudes à l'Ecole des Hautes Etudes en Sciences Sociales

*Members/Membres*
Samir **Amin**, *Economist*. Antonio L. **Antunes**, *Novelist* (Portugal). Claude **Cheysson**, *Fmr Fr. For. Minister*. Regis **Debray**, *Philosopher*. M.-Ch. **Ferjani**, *Pol. Scientist/Islamologist* (CNRS, Univ. Lyon II). Philippe **Fritsch**, *Sociologist* (Univ. Lyon II). Costa **Gavras**, *Film Director*. Antonio **Gomez-Moriana**, Prof. of Comparative Literature (Montreal & Vancouver, The Canadian Academy of Sciences and Humanities). Albert **Jacquard**, *Scientist*. Peter von **Moos**, *Historian* (Germany). Paul **Noirot**, *Publisher* (Paris). José **Saramago**, (*Noble Laureate*, Literature). Roland **Sublon**, *Fr. Dean*, Faculty of Theology (Strasbourg). Jean.-Pierre **Vernant**, (*Historian*, Collège de France). Jean **Ziegler**, *Sociologist*, *UN Special Rapporteur* (Geneva). Hélène **Antoniadis-Bibicou**, *Hisorian*. André **Guillou**, *Historian*. Maurice **Godelier**, *Anthropologist*. Alain **Joxe**, *Sociologist*. Pierre **Vidal-Naquet**, Historian (Ecole des Hautes Etudes en Sciences Sociales, Paris).
*Supporters*
Francesca **Albertini**, Depart. *of Phil*. Freiburg Univ. Ian **Angus**, Prof. of Humanities (Vancouver). André **Brigot**, *Sociologist*. Antoine **Casanova**, *historien* (Directeur de *La Pensée*). Noam **Chomsky**, *Professor of Linguistics* (MIT). C. **Fuehrer**, *Pastor* (Leipzig). Alain **Hayot**, *sociologue*. A.M. **Hochet**, *Sociologist*. Jean-Pierre **Kahane**, *Mathématicien*. John G. **Mason**, *Political Scientist* (N.Y.). Geraldo **Otero**, *Sociologist* (Vancouver). Harold **Pinter**, *Playwright*. Svend **Robinson**, *MP, Hum. Rights Spokeseman for the* NDP (Canada Imre **Szeman**, Director, Institute on Globalization and the Human Condition (McMaster Univ., Canada). Immanuel **Wallerstein**, *Sociologist*).
†Edward **Said**, *Prof. of Liter*ature.
www.iranebidar.com/citdi/htmlAddress: citdi@yahoo.fr //