**PUBLIC**                                               **AI Index: MDE 13/046/2001**

**UA 298/01**      <u>Disappearance /Possible Extra Judicial Execution</u>      **27 November 2001**

**IRAN**            **Siamak Pourzand, (m) aged 70, intellectual and manager of *Majmue-ye Farhangi-ye Honari-ye Tehran* (The Tehran Cultural Centre)**

Siamak Pourzand, manager of *Majmue-ye Farhangi-ye Honari-ye Tehran* (The Tehran Cultural Centre), disappeared in Tehran on Saturday, 24 November, at around 9 o'clock in the evening. He left his sister's apartment in 'Abbas Abad, central Tehran, taking his medicine, shoes and keys. He has not been heard from since.

Siamak Pourzand had reportedly stated to friends and family that he had been followed by motorcycles and one or two cars in the two weeks before he disappeared. His disappearance may be connected to the fact he runs *Majmue-ye Farhangi-ye Honari-ye Tehran* (The Tehran Cultural Centre), which has provided facilities for artists, writers and other intellectuals, including well-known women's rights activists, for performance and to discuss their work.

He is 70 years old and he in a poor physical condition. The judiciary, Ministry of Intelligence and police have not, as far as Amnesty International is aware, announced his arrest.

**BACKGROUND INFORMATION**

Siamak Pourzand is the husband of human rights lawyer, Mehrangiz Kar, who continues to face charges in connection with her participation at a social and cultural conference which was held in Berlin in April 2000. She is a former prisoner of conscience (see UA 103/00, MDE 13/20/00 3 May 2000 and follow ups)

In November and December 1998, four writers and two political activists were murdered, three following similar disappearances (see News Service 244/98, AI Index MDE 13/25/98). Writer Mohammad Mokhtari was missing for six days before his body was found and translator and journalist Majid Sharif was missing for four days before his body was found. Political activists Dariush Foruhar and his wife Parvaneh Eskandari were found stabbed to death in their Tehran apartment in November 1998. No one has been successfully convicted in connection with the murders.

**RECOMMENDED ACTION: Please send appeals to arrive as quickly as possible, in English, French or your own language:**
- urging the authorities to conduct an urgent investigation into the disappearance of Siamak Pourzand;
- urging the judiciary or Ministry of Intelligence to clarify whether either body authorized the arrest of Siamak Pourzand;
- urging the authorities to make public the findings of any investigation into the disappearance of Siamak Pourzand.

**APPEALS TO:**
<u>Leader of the Islamic Republic</u>
His Excellency Ayatollah Sayed 'Ali Khamenei,
The Presidency, Palestine Avenue,
Azerbaijan Intersection, Tehran, Islamic Republic of Iran
**Telegrams: Ayatollah Khamenei, Tehran, Iran**
**Salutation: Your Excellency**

<u>President</u>
His Excellency Hojjatoleslam val Moslemin Sayed Mohammad Khatami
The Presidency, Palestine Avenue
Azerbaijan Intersection, Tehran, Islamic Republic of Iran
**Telegrams: President Khatami, Tehran, Iran**

2

**E-mail:     khatami@president.ir**
**Salutation: Your Excellency**

<u>Head of the Judiciary</u>
His Excellency Ayatollah Mahmoud Hashemi Shahrudi
Ministry of Justice
Park-e Shahr
Tehran
Islamic Republic of Iran
**Telegrams:  Head of Judiciary, Tehran, Iran**
**Faxes:      + 98 21 879 6671 (number may be unreliable; please mark "care of Director of International Affairs, Judiciary")**
**Salutation: Your Excellency**

<u>Minister of Intelligence</u>
His Excellency Hojjatoleslam 'Ali Younesi
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

**COPIES TO:**
<u>Minister of Foreign Affairs,</u>
His Excellency Kamal Kharrazi
Ministry of Foreign Affairs, Sheikh Abdolmajid Keshk-e Mesri Av
Tehran, Islamic Republic of Iran
**Faxes:      + 98 21 390 1999 (number may be unreliable; please mark "care of the Human Rights Department, Foreign Ministry)**

<u>Parliamentary Committee</u>
Mohsen Mirdamadi Najafabadi
Article 90 Commission (Komisyon-e Asl-e Navad), Majles-e Shura-ye Eslami, Imam Khomeini Avenue, Tehran, Islamic Republic of Iran
**Telegrams:  Majles, Tehran, Iran**
**Telex:      21 42 32 ICAI IR**
**Faxes:      + 98 21 646 1746 (Can be difficult to reach, please be patient)**

**PLEASE SEND APPEALS IMMEDIATELY.** Check with the International Secretariat, or your section office, if sending appeals after 8 January 2002.