**PUBLIC**                                                    **AI Index: MDE 13/001/2002**

                                                              **1 February 2002**

**Further information on UA 298/01 (MDE 13/046/2002, 27 November 2001) and follow-up (MDE 13/014/2001, 12 December 2001 details of follow up) – NEW CONCERN: Fear of possible ill treatment or torture**

**IRAN****Siamak Pourzand (m) aged 70, intellectual and manager of *Majmue-ye Farhangi-ye Honari-ye Tehran* (The Tehran Cultural Centre)**

Amnesty International is concerned that Siamak Pourzand is being ill treated and possibly tortured in custody, possibly with the aim of obtaining a "confession" in advance of a trial. No charges have been made against him and he has been denied the right to legal representation.

There has been no official acknowledgment that Siamak Pourzand is in custody. It is not known where and under what conditions he is being held. It is also not known who is holding him, though some reports indicate that those detaining him are possibly linked to elements in the judiciary.

Siamak Pourzand's sister Mahin Pourzand, from whose house he was arrested on 24 November 2001, was requested on 7 December to take him a change of clothes. He was then possibly held at the Ostad Motahhari Street office of the Committee for Propagation of Virtue and Prohibition of Vice, which is reportedly also called the *Edare-ye Amaken*, or Bureau of Premises. This office is reportedly responsible for the enforcement of accepted moral codes in companies and other offices.

Amnesty International has now learned that Mahin Pourzand was permitted to meet with Siamak Pourzand at the *Edare-ye Amaken* on 12 or 13 January 2002. The meeting reportedly lasted 10 minutes and Siamak Pourzand, who arrived by car from an unknown location, reportedly appeared afraid and weak.

On 10 December Amnesty International wrote to the Head of the Judiciary seeking urgent clarification of the fate of Siamak Pourzand. There has been no reply to this letter. Enquiries reportedly undertaken by the Islamic Human Rights Commission have not been able to establish where Siamak Pourzand is being held.

**FURTHER RECOMMENDED ACTION: Please send appeals to arrive as quickly as possible, in English, French or your own language:**
- seeking urgent clarification from the Head of the Judiciary and the Ministry of Intelligence to make public where and when Siamak Pourzand was arrested, and where he is detained;
- expressing concern that he appears to be a prisoner of conscience, arrested solely for the peaceful expression of his beliefs;
- seeking assurances from the Head of the Judiciary and the Ministry of Intelligence that Siamak Pourzand is not being ill treated or tortured while in detention;
-urging the authorities that, unless he is to be charged with an internationally recognized criminal offence, Siamak Pourzand should be released immediately and unconditionally;
- expressing concern that he has been denied the right to legal representation and regular family visits;

**APPEALS TO:**
Leader of the Islamic Republic
His Excellency Ayatollah Sayed 'Ali Khamenei,

2

The Presidency, Palestine Avenue,
Azerbaijan Intersection, Tehran, Islamic Republic of Iran
**Telegrams: Ayatollah Khamenei, Tehran, Iran**
**Salutation: Your Excellency**
**Email:     webmaster@wilayah.org;** (**on the subject line write: For the attention of the office of His Excellency, Ayatollah al Udhma Khamenei, Qom)**

<u>President</u>
His Excellency Hojjatoleslam val Moslemin Sayed Mohammad Khatami
The Presidency, Palestine Avenue
Azerbaijan Intersection, Tehran, Islamic Republic of Iran
**Telegrams: President Khatami, Tehran, Iran**
**E-mail:    khatami@president.ir**
**Salutation: Your Excellency**

<u>Head of the Judiciary</u>
His Excellency Ayatollah Mahmoud Hashemi Shahrudi
Ministry of Justice
Park-e Shahr
Tehran
Islamic Republic of Iran
**Telegrams: Head of Judiciary, Tehran, Iran**
**Faxes:     + 98 21 879 6671 (number may be unreliable; please mark "care of Director of International Affairs, Judiciary")**
**Salutation: Your Excellency**

<u>Minister of Intelligence</u>
His Excellency Hojjatoleslam 'Ali Younesi
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran
**Telegrams: Intelligence Minister, Tehran, Iran**
**Salutation: Your Excellency**

**COPIES TO:**
<u>Minister of Foreign Affairs,</u>
His Excellency Kamal Kharrazi
Ministry of Foreign Affairs, Sheikh Abdolmajid Keshk-e Mesri Av
Tehran, Islamic Republic of Iran
**Telegrams: Foreign Affairs Minister, Tehran, Iran**
**Faxes:     + 98 21 390 1999 (number may be unreliable; please mark "care of the Human Rights Department, Foreign Ministry)**
**Salutation: Your Excellency**

<u>Parliamentary Committee</u>
Mohsen Mirdamadi Najafabadi
Article 90 Commission (Komisyon-e Asl-e Navad), Majles-e Shura-ye Eslami, Imam Khomeini Avenue, Tehran, Islamic Republic of Iran
**Telegrams: Majles, Tehran, Iran**
**Telex: 21 42 32 ICAI IR**
**Faxes:     + 98 21 646 1746 (Can be difficult to reach, please be patient)**
**Salutation: Dear Sir**

**COPIES TO:** Diplomatic representatives of Iran accredited to your country.

3

**PLEASE SEND APPEALS IMMEDIATELY.** Check with the International Secretariat, or your section office, if sending appeals after 15 March 2002.