**PUBLIC**                                                                                         **MDE 13/007/2002**

**10 May 2002**

**Further information on UA 298/01 (MDE 13/046/2001, 27 November 2001; follow-up MDE 13/014/2001, 12 December 2001; and MDE 13/001/2002, 1 February 2002 - "disappearance"/possible extrajudicial execution and new concern: Health concern/ possible ill-treatment**

**IRAN** **Siamak Pourzand** (m) aged 72 (previously given as 70) intellectual and manager of *Majmue-ye Farhangi-ye Honari-ye Tehran* (The Tehran Cultural Centre)

Siamak Pourzand recently suffered a heart attack, and was denied any medical attention, according to his family. Amnesty International fears that he is still being ill-treated in custody, and that his life may be in danger.

On 4 May he was reportedly sentenced to eight years' imprisonment, and there are unconfirmed reports that he was coerced into not seeking an appeal against the sentence.

Siamak Pourzand was reportedly last permitted to meet with his sister, Mahin Pourzand, on 3 May. Siamak Pourzand was reportedly very weak, shaking and holding a cloth over his mouth, raising fears that he may have been ill-treated but did not want to alarm his sister.

He reportedly called his sister on 8 May and told her that on 10 May, she would be "allowed" to see him at the *Edare-ye Amaken*, or Bureau of Premises, the offices of an organization reportedly responsible for the enforcement of accepted moral codes in companies and other offices. As of six o'clock in the afternoon, Tehran time, no officials had called her.

Siamak Pourzand was taken into custody at his sister's house, on 24 November 2001. Since then she has been allowed to meet with him several times, reportedly always in the company of non-uniformed officials. The judiciary later appointed a lawyer for him, but the lawyer reportedly did not have regular access to him. In March he was put on trial on several vague charges, including "acts against state security" and "relations with anti-revolutionary groups". These accusations do not constitute recognizably criminal offences.

On 9 March, he was reported to have confessed - in unclear circumstances - to a range of accusations, including having received sums of money to distribute to unnamed journalists and to having "given important political and military information" to Persian language newspapers published outside Iran. He reportedly stated that he "had no particular defence" and that "he recognized himself as a sinner".

**FURTHER RECOMMENDED ACTION: Please send appeals to arrive as quickly as possible, in English, French or in your own language:**
- urging the authorities to allow Siamak Pourzand to receive any medical treatment he needs;
- seeking assurances from the Head of the Judiciary that Siamak Pourzand is not being ill-treated or tortured in custody;
- expressing concern that he appears to be a prisoner of conscience, arrested solely for the peaceful expression of his beliefs;
- expressing concern that he has been denied the right of regular access to legal representation and family visits;

2

-urging the authorities that, unless he is to be charged with an internationally recognized criminal offence, Siamak Pourzand should be released immediately and unconditionally.

**APPEALS TO:**

<u>Leader of the Islamic Republic</u>
His Excellency Ayatollah Sayed 'Ali Khamenei,
The Presidency, Palestine Avenue,
Azerbaijan Intersection, Tehran, Islamic Republic of Iran
**Telegrams:  Ayatollah Khamenei, Tehran, Iran**
**Salutation: Your Excellency**
**Email:     webmaster@wilayah.org;** (**on the subject line write: For the attention of the office of His Excellency, Ayatollah al Udhma Khamenei, Qom**)

<u>President</u>
His Excellency Hojjatoleslam val Moslemin Sayed Mohammad Khatami
The Presidency, Palestine Avenue
Azerbaijan Intersection, Tehran, Islamic Republic of Iran
**Telegrams:  President Khatami, Tehran, Iran**
**E-mail:    khatami@president.ir**
**Salutation: Your Excellency**

<u>Head of the Judiciary</u>
His Excellency Ayatollah Mahmoud Hashemi Shahrudi
Ministry of Justice
Park-e Shahr
Tehran
Islamic Republic of Iran
**Telegrams:  Head of Judiciary, Tehran, Iran**
**Faxes:     + 98 21 879 6671 (number may be unreliable; please mark "Care of Dr Mohammad Javad Shariatbagheri, Director of International Affairs, Judiciary")**
**Salutation: Your Excellency**

<u>Minister of Foreign Affairs</u>
His Excellency Kamal Kharrazi
Ministry of Foreign Affairs, Sheikh Abdolmajid Keshk-e Mesri Av
Tehran, Islamic Republic of Iran
**Telegrams:  Foreign Affairs Minister, Tehran, Iran**
**E-mail:    matbuat@mfa.gov.ir (may be unreliable)**
**Faxes:     + 98 21 390 1999 (please mark "Care of Ms Peymaneh Haste'i, Human Rights Office, Foreign Ministry")**
**Salutation: Your Excellency**

**COPIES TO:**

<u>Parliamentary Committee</u>
Mohsen Mirdamadi Najafabadi
Article 90 Commission (Komisyon-e Asl-e Navad), Majles-e Shura-ye Eslami, Imam Khomeini Avenue, Tehran, Islamic Republic of Iran
**Telegrams:  Majles, Tehran, Iran**
**Telex: 21 42 32 ICAI IR**
**Faxes:     + 98 21 646 1746 (Can be difficult to reach, please be patient)**

<u>Law Enforcement Forces (LEF, or the police)</u>

3

If possible, please copy your appeal to the "Islamic Republic of Iran Police Force", noting that it is a copy of an appeal, at:
**http://www.policeiri.org/fpage/contactus.html**

Influential political party
*Jami'at-e Motalefeh-e Eslami* (Islamic Coalition Society)
If possible, please copy your appeal to "Habibollah Asgaroladi and other members of the Central Committee", noting that it is a copy of an appeal, at:
**E-mail: info@motalefeh.org**

and to diplomatic representatives of Iran accredited to your country.

**PLEASE SEND APPEALS IMMEDIATELY.**