PUBLIC                                           AI Index: MDE 13/011/2002

                                                            31 July 2002

**Further information on UA 298/01 (MDE 13/007/2002, 10 May 2002) and follow-ups (MDE 13/046/2001, 27 November 2001, MDE 13/014/2001, 12 December 2001, MDE 13/001/2002, 1 Februrary 2002) - "Disappearance"/ possible extrajudicial execution/health concern/possible ill-treatment**

**IRAN Siamak Pourzand (m) aged 72, intellectual and manager of Majmue-ye Farhangi-ye Honari-ye Tehran (The Tehran Cultural Centre)**

On 9 July the Tehran Appeals Court upheld an 11-year prison sentence against writer Siamak Pourzand.

In a televised "confession" broadcast by the state media on 25 July, he reportedly looked frail and admitted to a range of accusations including "having links with monarchists and counter-revolutionaries", "spying and undermining state security" and "creating disillusionment among young people". Previously, on 9 March, he was reported to have "confessed" to a range of similar accusations.

Amnesty International considers that the trial proceedings did not meet the minimum international standards for a fair trial, that there was a lack of adequate legal representation and that the circumstances in which the "confessions" were obtained are a cause for concern.

Siamak Pourzand is said to be in ill-health after suffering a heart attack in detention in May and reportedly has been denied the medical care he requires.

**FURTHER RECOMMENDED ACTION: Please send appeals to arrive as quickly as possible, in English, French or in your own language:**
- urging the authorities to allow Siamak Pourzand to receive adequate medical attention and regular access to family visits whilst he remains in a prison whose location is made known to the family;
- expressing concern that he appears to be a prisoner of conscience, arrested solely for the peaceful expression of his beliefs; and if this is the case, he should be released immediately and unconditionally;
- expressing concern that he has been denied the right to adequate and regular access to legal representation of his choice;
- urging an independent investigation into the circumstances of Siamak Pourzand's recent televised "confessions".


**APPEALS TO:**

Leader of the Islamic Republic
His Excellency Ayatollah Sayed 'Ali Khamenei,
The Presidency, Palestine Avenue,
Azerbaijan Intersection, Tehran, Islamic Republic of Iran
**Telegrams:  Ayatollah Khamenei, Tehran, Iran**
**Email:webmaster@wilayah.org;** (**on the subject line write: For the attention of the office of His Excellency, Ayatollah al Udhma Khamenei, Qom)**
**Salutation: Your Excellency**

President
His Excellency Hojjatoleslam val Moslemin Sayed Mohammad Khatami
The Presidency, Palestine Avenue
Azerbaijan Intersection, Tehran, Islamic Republic of Iran

2

**Telegrams:   President Khatami, Tehran, Iran**
**E-mail:     khatami@president.ir**
**Salutation: Your Excellency**

Head of the Judiciary
His Excellency Ayatollah Mahmoud Hashemi Shahrudi
Ministry of Justice
Park-e Shahr
Tehran
Islamic Republic of Iran
**Telegrams:  Head of Judiciary, Tehran, Iran**
**Faxes: + 98 21 879 6671 (number may be unreliable; please mark "Care of Dr Mohammad Javad Shariatbagheri, Director of International Affairs, Judiciary")**
**Salutation: Your Excellency**

Minister of Foreign Affairs
His Excellency Kamal Kharrazi
Ministry of Foreign Affairs, Sheikh Abdolmajid Keshk-e Mesri Av
Tehran, Islamic Republic of Iran
**Telegrams:  Foreign Affairs Minister, Tehran, Iran**
**E-mail:     matbuat@mfa.gov.ir (may be unreliable)**
**Faxes: + 98 21 390 1999 (please mark "Care of Ms Peymaneh Haste'i, Human Rights Office, Foreign Ministry")**
**Salutation: Your Excellency**

**COPIES TO:**

Parliamentary Committee
Mohsen Mirdamadi Najafabadi
Article 90 Commission (Komisyon-e Asl-e Navad), Majles-e Shura-ye Eslami, Imam Khomeini Avenue, Tehran, Islamic Republic of Iran
**Telegrams:  Majles, Tehran, Iran**
**Telex: 21 42 32 ICAI IR**
**Faxes:      + 98 21 646 1746 (Can be difficult to reach, please be patient)**

Law Enforcement Forces (LEF, or the police)
If possible, please copy your appeal to the "Islamic Republic of Iran Police Force", noting that it is a copy of an appeal, at:
**http://www.policeiri.org/fpage/contactus.html**

Influential political party
*Jami'at-e Motalefeh-e Eslami* (Islamic Coalition Society)
If possible, please copy your appeal to "Habibollah Asgaroladi and other members of the Central Committee", noting that it is a copy of an appeal, at:
**E-mail: info@motalefeh.org**

and to diplomatic representatives of Iran accredited to your country.

**PLEASE SEND APPEALS IMMEDIATELY.** Check with the International Secretariat, or your section office, if sending appeals after 11 September 2002.