THE WOODROW WILSON CENTER



2 February 2002

Mr. Kofi Annan
Secretary-General, The United Nations
New York, NY 10017

Dear Mr. Annan,

We write concerning the case of an Iranian journalist, Mr. Siamak Pourzand, aged 70, manager of *Majmue-ye Farhangi-ye Honari-ye Tehran* (The Tehran Cultural Center). On 24 November 2001, Mr. Pourzand was at his sister's home when he was taken away by several unidentified men. His whereabouts were completely unknown. Only after intense international pressure was Mr. Pourzand permitted to meet with his sister on 7 December for a mere 10 minutes at the Office of the Committee for Propagation of Virtue and Prohibition of Vice, after which he was again taken away to an unknown location. Despite several enquiries undertaken by the Amnesty International and the Islamic Human Rights Commission in Iran, no official authority has taken responsibility for Mr. Pourzand's arrest, no charges have been made, and no information has been issued as to where he is being held and under what conditions, given his poor health.

We are concerned also because Mr. Pourzand's wife is Ms. Mehrangiz Kar, an internationally renowned lawyer previously persecuted by the Islamic Republic's judicial system because of her writings and lectures on violations of human/women's rights in Iran. Following several trials and two months' imprisonment, Ms. Kar was allowed to leave Iran to receive medical treatment abroad for her breast cancer. The anxiety and stress she is experiencing due to her husband's detainment can only exacerbate her illness. Ms. Kar and Mr. Pourzand have two young daughters who are also in anguish.

We believe that your intervention could be effective, particularly with respect to the following:

1. Seeking urgent clarification from the Head of the Judiciary and the Ministry of Intelligence of the Islamic Republic of Iran as to the charges against Mr. Pourzand, where he is being detained, and his physical condition;
2. Expressing concern that he appears to be a prisoner of conscience, arrested solely for the peaceful expression of his views;
3. Seeking assurances from the Head of the Judiciary and the Ministry of Intelligence that he is not being ill treated or tortured while in detention;
4. Expressing concern that he has been denied the right to legal representation and regular family visits, and
5. Urging the authorities that, unless he is to be charged with an internationally recognized criminal offence, Mr. Pourzand should be released immediately and unconditionally.

Your consideration of our appeal and prompt action is greatly appreciated.

Very truly yours,

Nayereh Tohidi, Ph.D.
Associate Professor
California State University, Northridge
2001-2002 Fellow, Kennan Institute
Woodrow Wilson International Center

Valentine M. Moghadam, Ph.D.
Associate Professor
Illinois State University
2001-2002 Fellow
Woodrow Wilson International Center

WOODROW WILSON INTERNATIONAL CENTER FOR SCHOLARS
ONE WOODROW WILSON PLAZA   1300 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20004-3027
202-691-4000   TELEX 264729   FAX 202-691-4001
HTTP://WWW.WILSONCENTER.ORG