

PEN American Center, a non-profit incorporation, is an affiliate of International PEN: an association of writers – poets, playwrights, essayists, editors, novelists – with centers in Africa, the Americas, Asia, Australia and Europe.

568 BROADWAY, NEW YORK CITY, NEW YORK 10012
212 334-1660
e-mail: PEN@echonyc.com
Fax: 212 334-2181

July 30, 2002

H. E. Hojjatoleslam val Moslemin Sayed Mohammad Khatami
The Presidency
Palestine Avenue
Azerbaijan Intersection
Tehran
Islamic Republic of Iran

H. E. Ayatollah Mahmoud Hashemi-Shahrudi
Ministry of Justice
Park-e Shahr
Tehran
Islamic Republic of Iran

Excellencies,

On behalf of the 2,700 writers who are members of PEN American Center, we are writing to express our serious alarm at the reported televised confessions made by **Siamak Pourzand**, who is an Honorary Member of our Center.

PEN is shocked by reports detailing Mr. Pourzand's recent appearances before government news agencies in Tehran in which, during a TV broadcast, he reportedly accepted all charges of treason and implicated other intellectuals of "anti-establishment" activities. It is our understanding that he was in apparent distress as he asked for pardon and that his confession was extracted under duress.

As you already know, the Tehran Press Court reportedly sentenced Mr. Pourzand on May 3, 2002 to eleven-years in prison on charges of "undermining state security through his links with monarchists and counter-revolutionaries." PEN fears Mr. Pourzand's imprisonment may be connected to his position as manager of the Majmue-ye Farrhangi-ye Honari-ye Tehran, and to articles he has written that are critical of the Islamic regime, and is therefore in violation of his right to freedom of expression. We also continue to be seriously concerned about reports that he was ill treated while in pre-trial detention, which has led to the serious deterioration of his health, and that his trial was not conducted according to fair standards as articulated in the Iranian Constitution and international treaties.

We therefore urge your Excellencies to ensure Mr. Pourzand's safety and health while in prison, and we respectfully call for his immediate an unconditional release in accordance with Article 19 of the International Covenant on Civil and Political Rights, to which Iran is a signatory.

We look forward to your response in this matter.

Sincerely,

Anthony Appiah
Chair, Freedom to Write Committee

Larry Siems
Director, Freedom to Write and International Programs

Cc:
His Excellency Kamal Kharrazi
Minister of Foreign Affairs
Sheikh Abdolmajid Keshk-e Mesri Av
Tehran, Islamic Republic of Iran

Mohsen Mirdamadi Najafabadi
Parliamentary Committee
Article 90 Commission (Komisyon-e Asl-e Navad), Majles-e Shura-ye Eslami
Imam Khomeini Avenue
Tehran, Islamic Republic of Iran

Iranian Interests Section
2209 Wisconsin Avenue NW
Washington, DC 20007