**Comité International pour la Transition à la Démocratie en Iran**
**International Committee for Transition to Democracy in Iran**
*Comitato Internazionale per Transizione a la Democrazia nell'Iran / Comité Internacional por Transici?n Democratica en Ir?n*
**Internationales Komitee für den Ubergang zur Demokratie im Iran**

Mr. Kofi Annan, Secretary-General
The United Nations Organization
United Nations Plaza
New York, NY, 10017
USA

30 June 200

Your Excellency,

As you are no doubt aware, the conditions of Human Rights in Iran have, over the last few years, deteriorated once again The hopes that the reform movement would put an end to the arbitrariness of IRI's judicial system have all but been dashed As various NGO Human Rights organizations, such as **Amnesty International** and **Human Rights Watch**, as well a **Reporters sans Frontières** (some of which are accredited with the UNO) have amply documented, the gross violations o fundamental rights of Iranian citizens, of all creeds and persuasions—in spite of pretensions to the contrary by the regime i Tehran—that taken place. Of particular concern is the arbitrary role the Judiciary system under Ay. Shahroudi has bee increasingly playing in the repression of fundamental liberties enunciated in the Universal Declaration of Human Rights, t which the Iranian State has long been a signatory. Noteworthy is also the arrest, torture (now more psychological tha physical), and Kangaroo trials of various dissidents and opponents of the present regime, among whom are to be foun lawyers, university professors, students, and journalists, including some belonging to the reformists close to Presiden Khatami. No less important is the kidnapping and murder of dissident intellectuals, whose killers, when arrested and "tried, have been either given light sentences or simply freed.

A good number of journalists, writers, and even lawyers have been incarcerated merely because they have sought to exercis their profession freely. Investigating journalists (such as 'Emad al-Din Baqi et Akbar Gandji) who have endeavoured t throw light on these murders and their origins within the ruling clericracy have been incarcerated.

Of great concern is the case of lawyers who have defended the families of writers dastardly kidnapped and murdered b gangs supported by certain circles within the clericracy. One such lawyer is Dr. Nasser Zarafshan, attorney of the families o dissident intellectuals murdered in 1998, who was given a five-year sentence and fifty lashes for having dared to raise th question of possible involvement of the Ministry of Information (the political police) in the murders.

However incredible it may seem, lawyers such as M. Dadkhah, defending other attorneys put on trial, have been, in turn tried and imprisoned, on charges of having "sympathized" with their client-colleagues, their only "crime" being merely th will to practice their profession.

While the murder of opponents of the regime abroad in the 1980s and 1990s has happily come to an end, thanks t international pressure and severe judicial proceedings in Europe (such as the case of the murderers of Iranian Kurdis leaders in Berlin), the worsening of the conditions of Human Rights inside Iran, which also includes the stoning of wome to death in public as well as public hanging of those condemned for non-political offenses, has not led to internationa measures and sanctions against the present Iranian State—all the more indignantly since HR organizations mentioned abov have publicly denounced the deterioration of these conditions in Iran.

The all-powerful Judiciary branch of the regime that controls the effective exercise of power continues to strangle Huma Rights. The oldest political prisoner under the present regime (since fall 1979), former Deputy Prime Minister (Mr. A. Amir Entezam) has recently been rearrested while on short "leave" for medical treatment. His conditions in prison have bee reported critically worsened. Flagrantly unfair "trials" of political opponents, solitary confinement of detainees, extraction o confessions under duress (as in the televised case of S. Pourzand, a seventy-three-year-old journalist seized in Novembe 2001), and harsh conditions of detention for a number of prisoners, especially the elderly, have caused extreme concern.

A "Revolutionary Court" in Hamadan handed out a death sentence against an academic and an invalid veteran of the Iraq invasion of Iran (Pr. Aghajari) for an alleged blasphemy and insulting the clergy. Pollsters (such as Behrouz Geranpayeh have been accused of collaboration with US and British intelligence agencies and condemned to long prison terms merel for having published poll results disagreeable to the regime. Dissident clerics (such as former Majles deputy Mohse

Youssephi Eshkevari and former Interior Minister 'Abdullah Nouri) have been condemned to several years of imprisonmen for their opinions. Thus, while the well known murderers of intellectuals have been set free, students (such as A. Batebi, M Lohrassbi, A. Mohammadi, M. Mohammadi, and A. Afshari) have been given long sentences for having participated i protest demonstrations at the university in 1999. As unbelievable as it may seem, in 2002 at least 30 parliamentarians (of th reformist wing) were arrested and interrogated by judicial officials and sentenced in connection with allegations o "defamation, slander and spreading false information, although only one was imprisoned by the end of the year. In Octobe 2002 female journalist Fatemeh Govara'i was sentenced to six months' imprisonment and 50 lashes for an interview sh gave to a newspaper. She appealed against the sentence.

According to the Human Rights Watch's report published in April 2003, in 2002, 26 political dissidents were arrested an accused by the judiciary of "acts against national security" and "seeking to overthrow the state by illegal means." All fiftee participants at a Berlin conference organized by the Berlin House of Culture were summoned by the Judiciary authoritie and accused of vague charges. From among them, Human rights lawyer Ms. Mehrangiz Kar and publisher and women' rights activist Ms. Shahla Lahiji, were both detained for several months, then sentenced to four years' imprisonment, whic sentences were reduced on appeal, under international pressure, to fines. Translators Khalil Rostamkhani and Sa'id Sadr o the German Embassy in Tehran were sentenced, in the same connection, to "nine (reduced to eight on appeal) and 10 years imprisonment respectively, to be served in cities far from their homes and families."
No less importantly, ethnic and religious minorities continue to suffer from terrible discrimination.

The ferocious inhumanity of those who run the regime from Tehran is also reflected in the two following cases. Irania dancer M. Khordadian, who had, after twenty years, returned from the US to visit his family, was arrested on charges o "corrupting public morality," and given a ten-year (suspended) prison term and banned from returning to the United States Iranian actress, Ms. Gohar Kheyrandish, who had kissed a film director on his forehead at a film festival, was als prosecuted for "corrupting public morality."

Senior Shiite ulama have not been spared in this untamed repression. Grand Ay. H.A. Montazeri, the former designate successor to Ayatollah Khomeini, has remained under house arrest in Qom merely for his opposition to the presen leadership. It is noteworthy that on 8 July 2002, even Ayatollah Jalal al-Din Taheri, Friday Prayer Leader of Isfahan appointed by Ay. Khomeini, tendered his resignation, observing that power centers of the regime were "unchecked an unbridled ... neither reproached by the executors of justice nor reproved by the law." Such an admission, by a high-rankin clericrat, of lack of accountability, of corruption and of lawlessness, must strike a deep cord with those concerned wit Human Rights at the international level as it has with the Iranian people.

In one word, the rule of law in Iran has but disappeared totally, giving way to unprecedented arbitrariness by a few "judges of Islamic courts who act as prosecutor, jury and judge all at the same time.

The latest Amnesty International reports (for 2001 and 2002) have stressed that in Iran "scores of students, academics an journalists, along with a number of lawyers, were arrested and faced politically motivated criminal charges based on vaguel worded defamation or security provisions. Such arrests were part of the clampdown on freedom of expression an association led by judicial officials. Reports of ill treatment and torture continued to be received without any sign o independent investigation. At least 113 individuals were executed [in 2002], including long-term political prisoners and i particular those connected with illegal parties supporting the Kurdish minority. They included two people reportedl executed by stoning. At least 84 individuals were flogged, many in public." Amnesty adds that in 2001 "at least 139 people including one minor, had been executed and 285 flogged, many in public."

Paradoxically, in April 2002, during the fifty-eight session of the U.N. Commission on Human Rights, a draft resolutio criticizing the situation in Iran was defeated by a roll-call vote of twenty to nineteen, with fourteen abstentions, marking th first time in more than fifteen years that a resolution criticizing Iran's human rights practices did not pass at the commission Thus the UN Commission on Human Rights turned a blind eye to see this glaringly inhuman treatment of Iranian dissidents The reason seems be in the explanation provided by Human Rights Watch report, published in April 2003, "A powerfu grouping of hostile governments" have joined the UN Commission in recent years in order "to oppose several importan country initiatives" regarding Human Rights in the world. In this light, the question that victims of Human Rights violation justifiably ask themselves is whether the sovereignty of UN member states grants them the license to collectively protect th violation of the UN Charter and other conventions they are signatory to?

The International Committee for Transition to Democracy in Iran calls on Your Excellency, Secretary-General of the Unite Nation, and the Commission for Human Rights to bring pressure to bear on the Iranian Islamic State:
1 - To establish Human Rights as enunciated in the UDHR and abide by all other international conventions to which Iran ha long been a signatory;
2 - To remove all "legal" and practical impediments to the monitoring and reporting on the situation of Human Rights i Iran, facilitating visits by the U.N. Special Rapporteurs, as well as NGOs such as **Amnesty International, Reporters san Frontières, and Human Rights Watch**, in order to investigate the reported violence against women, torture of prisoners and freedom of religion.

http://www.iranebidar.com/images/citdi/unoengl.html                                                     2004-11-2

The International Committee for Transition to Democracy in Iran urges Your Excellency as Secretary-General, as well as th U.N. Commission on Human Rights, who are required by the Charter to monitor the conditions of Human Rights, t convene as soon as possible a special session of the UNHRC to consider the deteriorating situation of HR in Iran, in whic witnesses from inside and outside Iran could offer testimonies regarding this question, and to make recommendations o how all citizens' rights can be best protected in that country. This initiative would be no novelty in the annals of the UN, a the Commission on Human Rights has held special debates during its regular sessions to deal with past Human Rights crise in Chechnya, the Palestinian Occupied Territories, former Yugoslavia, Rwanda, East Timor, and Israel. Indeed, there is als the precedent of active intervention by your Secretariat in bringing pressure to bear on the Burmese Government to free Ms Aung San Suu Kyi and to allow her to pursue her activities for the restoration of democracy to her country. There is all th more reason for an intervention of this nature in a far more sensitive region of the world.

This Committee would also like to express its concern over the fate of the Mojahedin, the Iranian opposition group based i Iraq and recognized both by the European Union and the US Department of State as a terrorist organization. Recen American press reports about the possibility of their being used, by occupying powers in Iraq, against the regime in Tehra are alarming, as such an attempt would be not only contrary to international law but also unethical.

In sum, the International Committee for Transition to Democracy in Iran calls upon Your Excellency to insist on full prompt and impartial investigations of any allegations of violations of Human Rights in Iran in order to identify thei perpetrators and to recommend the appropriate retributions for them.

Respectfully yours,

For the International Committee for Transition to Democracy in Iran


André Guillou, Directeur d'Etudes à l'Ecole des Hautes Etudes en Sciences Sociales

---

***Members/Membres***

Samir **Amin**, *Economist*. Antonio L. **Antunes**, *Novelist* (Portugal). Claude **Cheysson**, *Fmr Fr. For. Minister*. Regis **Debray**, *Philosopher*. M.-Ch. **Ferjani**, *Pol. Scientist/Islamologist* (CNRS, Univ.Lyon II). Philippe **Fritsch**, *Sociologist* (Univ. Lyon II). Costa **Gavras**, *Film Director*. Antonio **Gomez-Moriana**, Prof. of Comparative Literature (Montreal & Vancouver, The Canadian Academy of Sciences and Humanities). Albert **Jacquard**, *Scientist*. Peter von **Moos**, *Historian* (Germany). Paul **Noirot**, *Publisher* (Paris). José **Saramago**, (*Nobel Laureate*, Literature). Roland **Sublon**, *Fr. Dean*, Faculty of Theology (Strasbourg). Jean.-Pierre **Vernant**, (*Historian*, Collège de France). Jean **Ziegler**, *Sociologist, UN Special Rapporteur* (Geneva).
Hélène **Antoniadis-Bibicou**, *Hisorian*. André **Brigot**, *Sociologist*. André **Guillou**, *Historian*. Maurice **Godelier**, *Anthropologist*. Alain **Joxe**, *Sociologist*. Pierre **Vidal-Naquet**, *Historian*
(Ecole des Hautes Etudes en Sciences Sociales, Paris).

***Supporters***

Ian **Angus**, Prof. of Humanities (Vancouver). Antoine **Casanova**, *historien* (Directeur de *La Pensée*). Noam **Chomsky**, *Professor of Linguistics* (MIT). C. **Fuehrer**, *Pastor* (Leipzig). Alain **Hayot**, *Sociologist*. A.M. **Hochet**, *Sociologist*. Jean-Pierre **Kahane**, *Mathématicien* (Membre de l'Académie des Sciences). John G. **Mason**, *Political Scientist* (N.Y.). Geraldo **Otero**, *Sociologist* (Vancouver). Harold **Pinter**, *Playwright*. Svend **Robinson**, *MP, Hum. Rights Spokesman for the* NDP (Canada). Imre **Szeman**, Director, Institute on Globalization and the Human Condition (McMaster Univ., Canada). Immanuel **Wallerstein**, *Sociologist*.
†Edward **Said**, *Prof. of Literature*

www.iranebidar.com/citdi/htmlAddress: citdi@yahoo.fr //

Mr  Sida 2 av

**Comité International pour la Transition à la Démocratie en Iran**
**International Committee for Transition to Democracy in Iran**
*Comitato Internazionale per Transizione a la Democrazia nell'Iran / Comité Internacional por Transición Democratica en Irán*
**Internationales Komitee für den Übergang zur Demokratie im Iran**

نامه به کوفی عَنان، دبیر کل سازمان ملل متحد

Mr. Kofi Annan, Secretary-General
The United Nations Organization
United Nations Plaza
New York, NY, 10017, USA

3 ژوئن 2003
ناب آقای کوفی عَنان، دبیر کل سازمان ملل متحد،

همان گونه که جنابعالی، بی تردید، اطلاع دارید، در سال های اخیر وضعیت حقوق بشر در ایران بیش از پیش رو به وخامت داشته است. امید به جنبش اصلاح طلبی برای پایان دادن به خود سری های دستگاه قضائیه ی حکومت اسلامی در ایران دی است که از دست رفته است. گزارش های سازمان های مختلف حقوق بشر، نظیر عفو بین الملل، دیده بان حقوق بشر، گزارشگران بدون مرز (که برخی از آن ها از جانب سازمان ملل به رسمیت شناخته شده اند) بارها نشان داده اند که بر خلاف گفته های رسمی، تجاوز آشکار به حقوق بنیادین شهروندان ایرانی در سال های اخیر رو به شدت و افزایش گذاشته است. نقش و موقعیت دستگاه قضایی -- به ریاست آیت الله شاهرودی -- در افزایش و تشدید تجاوز به آزادی های بنیادی مُصرح در اعلامیه ی جهانی حقوق بشر بسیار نگران کننده است، در حالی که حکومت ایران از مدت ها پیش یکی از الزامنندگان آن اعلامیه بوده است.

به ویژه می توان به دستگیری و شکنجه (بیش از پیش شکنجه های روانی به جای شکنجه های جسمانی)، محکومیت های اساس مخالفان رژیم و دگر اندیشان اشاره برد. از آن جمله اند وکلای دادگستری، روزنامه نگاران، استادان و دانشجویانی که برخی از ایشان جزو اصلاح طلبان نزدیک به رئیس جمهور خاتمی هستند. وخیم تر از این ها آدم ربایی و قتل روشنفکران گراندیش است که قاتلانشان، حتی اگر دستگیر و «محاکمه» هم بشوند، یا به حبس های کوتاه مدت محکوم یا به سادگی آزاد می شوند.

تعداد زیادی روزنامه نگار و نویسنده، حتی وکلای دادگستری، به صرف آن که کوشیده اند به حرفه ی خود عمل کنند بدون افکنده شده اند. روزنامه نگاران پژوهشگری چون عمادالدین باقی و اکبر گنجی که در صدد بر آمدند پرتوی بر ایزقت ا بیفکنند و سر نخ آن ها را در میان دیوانسالاران حاکم به دست آورند تحت پیگرد قرار گرفته و به زندان افتاده اند. بهو ضعیت وکلای دادگستری برگزیده ی خانواده های نویسندگان مقتول نگران کننده است. این نویسندگان توسط باندهایی که انب برخی از مراکز دیوانسالاری مورد حمایت اند بزدلانه ربوده شده و به قتل رسیده بودند. از این جمله وُکلا ستدَکت اصر زرافشان، وکیل خانواده های روشنفکران دگر اندیشی که در 1998 ربوده شده و به قتل رسیده بودند؛ او به پنجها ندان و پنجاه ضربه شلاق محکوم شد، تنها به صرف این که جرأت کرده بود احتمال دست داشتن وزارت اطلاعات (لیدر یاسی) را در قتل ها مطرح سازد.

رچند هم که تصور ناپذیر باشد، وکلایی نظیر م/. دادخواه نیز به صرف «همدردی» با همکارانشان، به نوبه ی خودتند بگرد قرار گرفته، زندانی شده اند؛ تنها جرم آنان انجام وظیفه در شغل وکالت بوده است.

ر حالی که قتل مخالفان رژیم در خارج از کشور به یاری فشار بین المللی و اقدامات پیگیرانه و جدی قضایی -- صوص در مورد قتل رهبران کرد ایرانی در برلن -- خوشبختانه متوقف شده است، اما وخیم تر شدن وضعیت حقوق بشر در داخل ایران، سنگسار زنان و اعدام مجرمان عادی در ملاء عام تا کنون هیچ اقدام و مجازاتی را علیه حکومت ایران انگیخته است. بدتر از آن، این است که این وضعیت شرم آور بارها از جانب سازمان های مدافع حقوق بشر آشکارا ده است.

وه ی قضاییه ی قدر قدرتِ رژیم [اسلامی] در ایران که اِعمال قدرت را عملاً تحت کنترل دارد به نقض حقوق بشر در ایر شور تداوم می بخشد.

عباس امیر انتظام معاون پیشین نخست وزیری در دولت بازرگان، قدیمی ترین زندانی سیاسی این کشور (از پاییز 1979 نون) اخیراً دوباره دستگیر شد، در حالی که به علت بیماری در «مرخصی موقت» به سر می برد. گفته می شودک ضعیت سلامت او در زندان با خطری وخیم روبروست. محاکمه ی بی تردید ناعادلانه ی مخالفان، حبس زندانیان درسلو لای انفرادی، اقرار های تحمیلی (نظیر مورد تلوزیونی سیامک پورزرند، روزنامه نگار 73 ساله ای که در سال 2001 ستگیر شد)، و وضعیت تحمل ناپذیر بازداشتِ تعداد زیادی از زندانیان سیاسی، که برخی ازایشان در سنین سالخورگی بهد ی برند، بس نگران کننده است.

غاجری، استاد دانشگاه که طی تجاوز عراق به ایران معلول گشته بود، در یک «دادگاه انقلابی» در شهر همدان بهجر

http://www.iranebidar.com/images/citdi/unofarsi.html  2004-11-2

«کفرگویی» و «توهین» به روحانیت به اعدام محکوم شد.    سنجشگران افکار عمومی، نظیر بهروز گرانمایه، متهم به همکاری با سرویس های اطلاعاتی آمریکایی و انگلیسی شده به زندان های طویل المدت محکوم شده اند. تنها به صرف این که را رده بودند نتایج نظر سنجی ای را که به نفع رژیم نبود منتشر کنند. روحانیون معترضی چون محسن یوسفی-اشکوری (وکیل مجلس اسلامی در سال های 1382-1380)      و حجت الاسلام عبدالله نوری، وزیر پیشین کشور در دوره های با مهوری رفسنجانی و خاتمی، به جرم های عقیدتی به زندان های طویل المدت محکوم شده اند.    در حالی که قاتلان شناخته ده ی روشنفکران آزاد اند، دانشجویانی چون احمد باطبی م.     لهراسبی، منوچهر محمدی، اکبر محمدی و علی افشاری به اطر شرکت در تظاهرات دانشگاهی در 1999 در زندان به سر می برند.

ر چند هم که در تصور نگنجد، این راست است که در سال 2002 سی وکیل مجلس (از جناح اصلاح طلب)    ازجان قامات قضایی رژیم به اتهام «افترا، تهمت، و پخش اکاذیب»      دستگیر و تحت بازجویی قرار گرفتند، هرچند که تا پا یان سال تنها یک نفر از آنان زندانی شد. در اکتبر 2002 ، فاطمه گوارایی، روزنامه نگار، به خاطر مصاحبه با یک روزنامه به شش ماه زندان و پنجاه ضربه شلاق محکوم شد. وی درخواست تجدید نظر کرد.

نابر گزارش دیده بان حقوق بشر، مورخ ، در سال های 2002 و 2003    بیست و شش دگر اندیش سیاسی از جانب مقاما ضایی دستگیر و به «اقدام علیه امنیت کشور» و «تلاش در جهت براندازی از طرق غیر قانونی» متهم شدند.    پانزده شرکت کننده در کنفرانس برلین به دعوت خانه ی فرهنگ آن شهر از جانب مقامات قضایی به دادگاه احضار و اتهاماتی مبهم بی نان بسته شد.     از آن جمله اند دو نفر از کوشندگان حقوق بشر، بانو مهر انگیز کار، وکیل دادگستری، و بانو شهلا لاهیجا هم ترین ناشران ایران، که پیش از محکومیت شان به چهار سال زندان، چندین ماه در بازداشت به سر بردند.     اما در دادا جدید نظر محکومیت آنان، زیر فشار بین المللی به مجازات های نقدی تقلیل یافت.     مترجمان سفارت جمهوری فدرال آلما قایان خلیل رستمخانی و سعید صدر ، در ارتباط با همان کنفرانس به ترتیب به نه سال (و در تجدیدنظر به هشت سال)  ود ال به دور از محل سکونت خانواده هایشان محکوم شدند.

بعض های وحشیانه که اقلیت های قومی و مذهبی به طور مداوم متحمل می شوند از  اهمیت کمتری برخوردار نیست.
ر این سرکوب های افسار گسیخته به علمای شیعه نیز ترحم نکرده اند. آیت الله حسین منتظری»    جانشین منصوب بیشپید مینی، صرفا به جرم عقاید مخالف با رهبری کنونی در منزلش در قم تحت نظر قرار دارد.    آیت الله جلال الدین ظاهر مام جمعه ی منصوب خمینی در اصفهان، در 8 ژوئیه 2002   از مقام خود استعفا داد، با تاکید بر این که مراکز قدرت رژ غیر قابل کنترل و مهار ناپذیر هستند؛ نه از جانب قوه ی قضاییه تنبیه می شوند و نه از طریق قانون.»     چنین قرار ا جانب یک مقام مُعظم روحانی در مورد نبود مسئولیت، فساد، و عدم مشروعیت باید برای مسئولان حقوق بشر در سطح لمللی به همان اندازه تکان دهنده باشد که برای مردم ایران نگران کننده بوده است.

ر یک کلام، حکومت قانون در ایران به کلی از میان رفته است و راه را برای خودسری بی سابقه ی چند «قاضی»   در مقا ریاست دادگاه های اسلامی کشور گشوده است، که در عین حال هم نقش دادستان، هم قاضی، و هم هیات منصفه را یک جا هده دارند.

خرین گزارش های عفو بین الملل (برای سال های 2002 و 2003) تاکید ورزیده اند که در ایران «   تعداد زیادی دانشج وزنامه نگار همراه چندین وکیل دادگستری دستگیر شدند و با پرونده های جزایی مبتنی به افترا و اتهامات «امنیتی»   و اهی ادگاه سپرده شدند. این دستگیری ها بخشی است از سرکوبی که از جانب مقامات قضایی در زمینه ی آزادی    بیان وتجم ورت می گیرد.    ادامه ی رفتار خشونت آمیز و شکنجه ی زندانیان سیاسی، بدون آنکه کوچکترین تحقیق مستقلی در مور نان بتواند انجام بپذیرد، همچنان گزارش می شود. [در سال 2002] دست کم 113     تن، از جمله زندانیانی با احکام طویل لمدت، به ویژه کسانی که در ارتباط با احزاب غیر قانونی اعلام شده ی حامی اقلیت کرد محکوم شده بودند، اعدام شدند.    د یان آنان دو تن سنگسار، و حد اقل 84 نفر با ضربات شلاق و بسیاری در ملاء عام تنبیه شدند.    به گفته ی عفو بین الملل د ال 2001، 138 تن، از جمله یک خردسال، اعدام شدند، و 280 نفر به ضرب شلاق و بسیاری در ملاء عام کیفر دیدند.

ر آوریل 2002 ، در پنجاه و هشتمین نشست کمیسیون حقوق بشر سازمان ملل متحد قطعنامه ای در انتقاد به وضعیت ایرا رائه شد. بر خلاف آمد-عادت، این قطعنامه با 20 رای مخالف، 19 رای موافق، و 14 رای ممتنع رد شد.     بدین ترتیب برا خستین بار طی پانزده سال به [حکومت]    ایران فرصت داده شد که از زیر بار عواقب انتقاد به نقض حقوق بشر ، آن گونه ک ر کمیسیون حقوق بشر به بحث گذاشته می شد، بگریزد.     بدین سان، کمیسیون حقوق بشر سازمان ملل ترجیح داد نسبت به رفتا بر انسانی خیره کننده ای که به دگر اندیشان اعمال می شود چشم بپوشد.      به نظر می رسد که می توان علت این امر را د زارش دیده بان حقوق بشر منتشره در سال 2003 یافت: «یک دسته ی زورمند از حکومت های مخالف حقوق بشر»  ط سال های اخیر به عضویت کمیته ی حقوق بشر در آمده اند تا «    به مخالفت با ابتکار برخی از کشور های مهم در زمینه حقو شر بپردازند.»  با توجه به این وضعیت، پرسش بر حق قربانیان این تجاوز ها این است که آیا اصل «حاکمیت»    کشورها عضو سازمان ملل به آنان این اجازه را می دهد تا از تجاوز به منشور سازمان ملل و میثاق های آن، که خود امضا کنند ن ها هستند  دستجمعی حمایت کنند؟

میته ی بین المللی برای گذار ایران به دمکراسی    از جنابعالی به عنوان دبیر کل سازمان ملل در خواست می کند که تا حد مکن حکومت اسلامی ایران را برای موارد زیر فشار قرار دهید:

Mr                                                                                                    Sida 4 av

1- برقراي حقوق بشر همانگونه كه در منشور جهاني حقوق بشر تصريح شده اند و تمكين به ميثاق هايي كه ايران از سال ه
پيش از امضاكنندگان آن است.

- از ميان برداشتن تمام موانع «قانوني و «شرعي»   و مادي در برابر لزوم نظارت و تهيه ي گزارش در باره ي وضع
حقوق بشر در ايران؛ فراهم آوردن زمينه ي بازديد گزارشگران ويژه ي سازمان ملل، و نيز براي سازمان هاي غيردولت
ان. جي. او) ، نظير عفو بين الملل، ديده بان حقوق بشر، و گزارشگران بدون مرز، به گونه اي كه اين سازمان هابتواند
پيرامون گزارش هاي مربوط به نقض حقوق زنان، شكنجه ي زندانيان سياسي و آزادي اديان تحقيق كنند..

**ميته ي بين المللي براي گذار ايران به دمكراسي** از جنابعالي و كميسيون حقوق بشر، كه بنابر منشور سازمان ملل متحد
مسئووليت نظارت بر وضعيت حقوق بشر را به عهده داريد، مصرانه درخواست مي كند كه يك جلسه ويژه ي كميسيون را
شده را در اسرع وقت فرابخوانيد تا تنزل وضع حقوق بشر در ايران را مورد بررسي قرار دهد، نشستي كه طي آنشاهدا
ايراني از داخل و خارج كشورشان بتوانند در مورد اين امر شهادت دهند، و نيز كميسيون بتواند توصيه هايضرور
پيرامون بهترين وجه حفظ حقوق شهروندان آن كشور تدوين كند.  چنين اقدامي به هيچ وجه امر تازه اي در تاريخ سازمان ملل
خواهد بود، چه در گذشته كميسيون حقوق بشر سازمان ملل در نشست هاي عادي خود به بحث و بررسي   ويژه و امو
بحران هاي حقوق بشر در چچنيا، مناطق اشغالي فلسطين، يوگوسلاوي پيشين، رواندا، تي مور شرقي، و اسرائيل پرداخت
است.  براستي، پيشينه ي دخالت فعالانه ي دبير خانه ي شما براي اعمال فشار بر دولت برمه در مورد آزادي بانو آونگسا
وو كيي و اجازه به وي براي پيگيري فعاليت هايش در جهت استقرار دمكراسي در آن كشور نيز در دست هست.  دلاي
زوم يك چنين دخالتي در كشوري [چون ايران] واقع در منطقه ي حساسي از جهان به مراتب بيشتر است.
ين كميته همچنان مايل است نگراني خود را در باره ي سرنوشت مجاهدين [خلق]   ابراز دارد، كه يك گروه مخالف اير از
ستقر در عراق است و از سوي اتحاديه اروپا و وزارت خارجه ي آمريكا بعنوان يك گروه تروريستي شناخته شده است.
گزارش هاي اخير در مطبوعات آمريكا داير بر امكان استفاده از آنان بر ضد رژيم تهران توسط نيروهاي اشغالي درعرا
گران كننده است، چه چنين اقدامي نه فقط مغاير قوانين بين المللي كه نيز غير اخلاقي مي توانست بود.

ر يك كلام، **كميته ي بين المللي براي گذار ايران به دمكراسي** از جنابعالي درخواست مي كند تا بر تحقيقات كامل ه
طرفانه و فوري در مورد هر گونه اتهام داير بر تجاوز به حقوق بشر در ايران اصرار بورزيد تا عاملان آن تجاوز اتشناخت
وند و به كيفر مناسب برسند.

ا احترام،
ز طرف كميته ي بين المللي براي گذار ايران به دمكراسي،
ندره گي يو، پرفسور در مؤسسه ي مطالعات عالي علوم اجتماعي (پاريس) [امضا]


André Guillou, Directeur d'Etudes à l'Ecole des Hautes Etudes en Sciences Sociales

*Members/Membres*
Samir **Amin**, *Economist*. Antonio L. **Antunes**, *Novelist* (Portugal). Claude **Cheysson**, *Fmr Fr. For. Minister*. Regis **Debray**, *Philosopher*. M.-Ch. Ferjani, Pol. Scientist/Islamologist (CNRS, Univ.Lyon II). Philippe Fritsch, Sociologist (Univ. Lyon II). Costa **Gavras**, *Film Director*. Antonio **Gomez-Moriana**, Prof. of Comparative Literature (Montreal & Vancouver, The Canadian Academy of Sciences and Humanities). Albert **Jacquard**, *Scientist*. Peter von **Moos**, *Historian* (Germany). Paul **Noirot**, *Publisher* (Paris). José **Saramago**, (*Noble Laureate*, Literature). Roland **Sublon**, *Fr. Dean*, Faculty of Theology (Strasbourg). Jean.-Pierre **Vernant**, (*Historian*, Collège de France). Jean **Ziegler**, *Sociologist*, *UN Special Rapporteur* (Geneva).
Hélène **Antoniadis-Bibicou**, *Hisorian*. André **Guillou**, *Historian*. Maurice **Godelier**, *Anthropologist*. Alain **Joxe**, *Sociologist*. Pierre **Vidal-Naquet**, Historian (Ecole des Hautes Etudes en Sciences Sociales, Paris).
*Supporters*
Francesca **Albertini**, Depart. *of Phil*. Freiburg Univ. Ian **Angus**, Prof. of Humanities (Vancouver). André **Brigot**, *Sociologist*. Antoine **Casanova**, *historien* (Directeur de *La Pensée*). Noam **Chomsky**, *Professor of Linguistics* (MIT). C. **Fuehrer**, *Pastor* (Leipzig). Alain **Hayot**, *sociologue*. A.M. **Hochet**, *Sociologist*. Jean-Pierre **Kahane**, *Mathématicien*. John G. **Mason**, *Political Scientist* (N.Y.). Geraldo **Otero**, *Sociologist* (Vancouver). Harold **Pinter**, *Playwright*. Svend **Robinson**, *MP, Hum. Rights Spokeseman for the* NDP (Canada Imre **Szeman**, Director, Institute on Globalization and the Human Condition (McMaster Univ., Canada). Immanuel **Wallerstein**, *Sociologist*).
†Edward **Said**, *Prof. of Lite*rature.
www.iranebidar.com/citdi/htmlAddress: citdi@yahoo.fr //