Foreign & Commonwealth Office

Middle East Dept
Foreign and Commonwealth Office
King Charles St
London SW1A 2AH

21 May 2003

Ms Banafsheh Zand-Bonazzi
111 Court St, Brooklyn Heights,
NY 11201, USA

Dear Ms Zand-Bonazzi

Thank you for your letter of 28 March to Bill Rammell and copied to the Prime Minister. I have been asked to reply.

We are very concerned about Mr Pourzand's condition. To give an idea of the importance we attach to his case, he is included on the UK Government's priority list of ten journalists at risk world wide. Through our Embassy in Tehran, we are monitoring his situation closely. The UK Government and EU partners (including the Netherlands) recently raised his case with the Iranian Government. We have passed a copy of your letter to our Embassy in Tehran in view of the important information it contains about his general condition.

More generally, the UK Government regularly raises human rights issues with the Iranian authorities at all levels. Jack Straw did so most recently during his meeting with the Iranian Foreign Minister on 6 February. For many years the EU sponsored resolutions on human rights in Iran both at the UN General Assembly and the Commission on Human Rights (CHR). After the failure to secure a resolution at the CHR in 2002, the EU established a formal dialogue with Iran in the hope that formal channels for raising human rights cases would lead to concrete improvements in respect for human rights and fundamental freedoms such as freedom of expression. The first two rounds took place in December 2002 and March 2003. However, we and other EU member states have repeatedly made clear that we expect to see concrete results from the dialogue and that we will assess progress before a decision is taken on whether to sponsor future resolutions on Iran at the Commission on Human Rights.

Yours sincerely


Andrew Woodcock
Middle Eastern Dept

Cc John Burton Esq, Myrobella House, Trimdon Colliery, Co Durham, TS29