


| HOMEPAGE | Main News | Current Affairs | Business | Sports | Chat | Pictorial | Forum |

Friday, July 26, 2002

## Pourzand paraded on state TV allegedly 'confessing'



The Iranian State Broadcaster, IRIB, showed TV images of liberal dissident Siamak Pourzand on Thursday apparently 'confessing' to a wide range of crimes against the Islamic Republic. Continued...

**PREMIUM SPONSORS**

**NEWS FEEDS ON YOUR SITE**

**You can put updated IranMania Headlines on your site for free.**

Once you put the code in your html page, the headlines will automatically be updated throughout the day.

You can customize the color of the headlines so that it suits your site.

Currently there are 3 news categories to choose from: Current Affairs, Business and Sports. You can choose one or any combination of these news categories for your web site.

Go to News Feed

To find out more click here...

### Current Affairs



#### 2nd nuclear plant planned

Russian has confirmed plans to build a second nuclear power plant for Iran, in addition to completing its controversial Bushehr project that had been opposed by Washington.
Continued...



#### RSF on Norooz's closure

Reporters Without Borders protested against the confirmation by an appeal court of a six-months and two days prison sentence passed on Mohsen Mirdamadi.
Continued...

### Business & Economy



#### "Oil dependence harmful"

The country's negative trade balance has been brought about by the import of $24 billion worth of goods annually, an official from the National Iranian Oil Company said.
Continued...

#### 79% fall in privatization

The TSE Secretary General announced



**CURRENT AF**
**Have Your Say**

More than one year into second term as Preside you judge the peformar administration in bringi democratic reforms?

○ 1. A complete failur

○ 2. A few superficial an overall failure

○ 3. Achievement of f reforms which will bear long run

○ 4. Achievement of f reforms noticeable evel

Vote

**Contributed A**



**Growing Politica**



**Is Our Languag**
**BUSINESS & E**



**An Insight into**

**Future Role of**
**SPORT**



# IranMania
## CURRENT AFFAIRS

HOMEPAGE | Main News | Current Affairs | Business | Sports | Chat | Pictorial | Forum |

Friday, July 26, 2002

## Pourzand paraded on state TV allegedly 'confessing'

Friday, July 26, 2002 - 2002 IranMania.com

**PREMIUM SPONSORS**



pars online

**IRANMANIA BOOKSHOP**

More books direct from IranMania

**IRAN NEWS LINKS**

. Web Finder: Newspapers
. Web Finder: Radio
. Web Finder: TV

. IRNA
. ISNA - Persian
. BBC - Persian
. Aftab Yazd - Persian
. Entekhab - Persian
. Ettelaat Int. - Persian
. Gilan Emrouz - Persian
. Hambastegi - Persian
. Hamshahri - Persian
. Hayate-No - Persian
. Iran - Persian
. Iran Daily - English
. Iran News - English
. Kayhan - Persian
. Kayhan London - Persian
. Khabar Jonoub - Persian
. Nimrooz - Persian
. Nourooz - Persian
. Qods - Persian



©2002 IranMania
Dissident journalist and writer Siamak Pourzand.

**EMAIL THIS ARTI**
Your name
Your own email
Enter email of frien
Email this a

**PRINT THIS ARTI**
View Printable

<-- Related news

. Press Release - M
wins Ludovic Trai

**LATEST NEWS**

. Russia plans to build plant in Iran: report
. RSF condemns susp reformist newspaper
. Press Release - Will break his silence?
. New quake hits nort
. Pourzand paraded or allegedly 'confessing
. Yemeni Foreign Mir Iran
. Azerbaijan, Iran put agree on intelligence

ADVERTISEM

The Iranian State Broadcaster, IRIB, showed TV images of liberal dissident Siamak Pourzand on Thursday apparently 'confessing' to promoting western culture, violating Islamic principles, as well as cooperating with the CIA, other Western Intelligence Agencies and Reza Pahlavi's office.

The 71 year old's own words weren't actually broadcast, and he was merely quoted by a voice over. He was alleged to have made the comments in an interview with state news agencies including IRNA (The Iranian News Agency) and ISNA (The Student News Agency).

. Resaalat - Persian
. Sedaayeh-Edaalat - Persian
. Siasate-Rooz - Persian
. Tehran Times - English
. Tose'eh - Persian

**WEATHER**

Enter city

 Go

Provided by weather.com

He was quoted as having confessed to working with Western Intelligence Agencies and Monarchists before and after the revolution. The voice over said that Pourzand confessed to "promoting western values" against the Islamic Republic through "a chain of publications and cultural centers" with these "activities leading to some successes."

"After the closure of these publications we started a new activity of raising funds" he was quoted as saying. This was the raising of funds for certain "unemployed journalists" abroad to "foster a negative impression of the Islamic Republic."

He allegedly admitted to making use of Iranian artists with the financing and support of "Reza Pahlavi and other monarchists" to try to promote "a secular and western" society. Pourzand had apparently said "The funding for the travel costs and participation of Iranian artists in foreign cultural events and seminars was funded by Reza Pahlavi's office."

He was also quoted as admitting to working closely with the CIA during the US attempt to free the US hostages in Tehran.

Referring to his second wife 'Mehrangiz Kar' he apparently said that she used him as a channel to encourage western values on women's issues via his close links with numerous publications.

Pourzand was quoted as saying that the reason for his belated confessions was for personal reasons and "to put past wrongs right".

Siamak Pourzand received an 11-year jail sentence for alleged subversion back in April.

Pourzand's wife, lawyer Mehrangiz Kar, 58, was arrested in April 2000 for prejudicing national security and propaganda against the Islamic regime after taking part in a seminar on Iran that was deemed anti-Islamic by the authorities in Tehran.

Released on bail, she is now in the United States.



**ARCHIVED NEW**

◉ Article  ○ Headlin

**Search For :**

All News Sections

All Date ▼  Se

**Goto :** Homepage . Webs . Events . Chat . Forums . Hafez . Greetings
**News :** Main news page . Current affairs . Business . Sports . Add news to your web site
**Shops :** Music . Movies . Books

**Travel :** Travel home . Skiing in Iran . Recipes . Transport . Tel Internet . Tour Inquiry
**Submit :** Web Sites . Events . Articles . Put a search box on your site
**Business :** Custom Reports . Off the Shelf Reports . Subscriptions
**About IranMania :** The company . Advertising & latest stats . Make IranMania your homepage

©1999-2002 IranMania Copyrights . Terms & Conditions . Privacy