# The New York Times

# Hard-Liners Put Iranian Journalist on Trial on Spying Charges

March 14, 2002
**See the article in its original context from March 14, 2002, Section A, Page13**

A 73-year-old former journalist has gone on trial behind closed doors, charged with espionage and threatening national security in what is considered part of a new current of repression against intellectuals in Iran.

The former journalist, Siamak Pourzand, director of the Artistic and Cultural Complex in Tehran, was arrested late last year by the Office of the Public Morals Police and the State Inspectorate, a shadowy apparatus normally responsible for dealing with religious offenses.

More than a dozen intellectuals, including a painter and filmmaker, were summoned by the same office after Mr. Pourzand's arrest. All undertook an oath not to reveal information about the interrogations.

A state-run newspaper, Iran, unexpectedly announced on Saturday that the trial had begun last Thursday, just before President Mohammad Khatami's trip to Austria and Greece. During his past visits to European countries, hard-liners have arrested reformers back home in order to embarrass him.

The daily reported later that Mr. Pourzand admitted the nine charges against him, confessing that he had been in contact with people close to Reza Pahlavi, the son of the late Shah, who was ousted in 1979.

According to the newspaper, Mr. Pourzand also admitted to working for the Shah's secret service before the revolution.

Mehrangiz Kar, Mr. Purzand's wife, said by telephone today from Washington, where she is undergoing treatment for cancer, that she considered anything Mr. Pourzand reportedly said to be baseless, because the statements "have been extracted under duress."

Ms. Kar, a lawyer, spent 52 days in jail in the summer of 2000 after attending a conference on Iran in Berlin. She said in the interview that her husband had been interrogated after every visit he made to her in prison.

Ms. Kar said Mr. Pourzand telephoned their daughter, who is also in Washington, on Friday, sarcastically delivering what he termed the "good news" that he had been promised a transfer to the notorious Evin jail after his trial. "This only suggests the extent of torture and pressure on him, that going to Evin has become a dream and a better place for him," Ms. Kar said.

The hard-line judiciary has staged similar trials against pro-reform activists and has publicized their confessions in the past with the apparent intention of turning the public opinion against them.

Last year, the confessions of a student leader, Ali Afshari, were broadcast on national news, saying he had attempted to cause unrest and overthrow the supreme leader, Ayatollah Ali Khamenei.

This month, released from jail, he told a news conference that he had been under "tremendous pressure" and tricked that the confession would not be broadcast. He said he had spent 328 days of the 356 days of his detention in solitary confinement and undergone long and intimidating interrogations.

Mr. Pourzand has been in detention since Nov. 29 and his family is not aware of his whereabouts. His sister in Tehran, Mahin Pourzand, has seen him only at the downtown Tehran offices of the Public Morals Police and the State Inspectorate.

Human Rights Watch condemned the trial. "The judicial authorities are making a mockery of rule of law in Iran," said Hanny Megally, executive director of the Middle East and North Africa division. "The Iranian authorities have given no reason to hold Mr. Pourzand, and by law they should release him immediately."

A version of this article appears in print on **March 14, 2002**, Section A, Page 13of the National edition with the headline: Hard-Liners Put Iranian Journalist on Trial on Spying Charges. Order Reprints | Today's Paper | Subscribe