JPMorgan Chase & Co.

Who We Are | News & Stories | Impact | Institute | Investors | Careers

Who We Are / Our Business / Historical Prime Rate

# Historical Prime Rate

## 2013 - 2020

| Effective Date | Rate |
| --- | --- |
| 3/16/2020 | 3.25% |
| 3/4/2020 | 4.25% |
| 10/31/2019 | 4.75% |
| 9/19/2019 | 5.00% |
| 8/1/2019 | 5.25% |
| 12/20/2018 | 5.5% |
| 9/27/2018 | 5.25% |
| 6/14/2018 | 5.00% |
| 3/22/2018 | 4.75% |
| 12/14/2017 | 4.50% |
| 6/15/2017 | 4.25% |
| 3/16/2017 | 4.00% |
| 12/15/2016 | 3.75% |
| 12/17/2015 | 3.50% |

## 2007 - 2012

## 2001 - 2006

## 1995 - 2000