# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEHRANGIZ KAR<br>and<br>AZADEH POURZAND<br><br>    Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, and<br>THE ISLAMIC REVOLUTIONARY GUARD<br>CORPS<br><br>    Defendants. | Civil Case No.: 1:19-cv-2070 |

## OFFER TO ARBITRATE

To:   The Islamic Republic of Iran
      c/o The Interests Section of the Islamic Republic of Iran
      1250 23rd Street NW
      Washington, DC 20037
      VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED

      The Islamic Republic of Iran
      c/o Honorable Majid Takht-Ravanchi
      Ambassador and Permanent Representative of
      The Islamic Republic of Iran to the United Nations
      622 Third Avenue, 34th Floor
      New York, NY 10017
      VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED

Pursuant to 28 U.S.C. § 1605A(a)(2)(iii), Plaintiffs offer to submit the claims in this action to arbitration in accordance with accepted international rules of arbitration. Defendants may accept this offer to arbitrate within fifty (50) days of receipt of this offer by:

1.   Notifying the undersigned counsel, in writing, of Defendants' acceptance; or

2.   Filing a written acceptance with the Clerk of this Court.

1

Defendants' failure to comply with the acceptance procedures set forth above shall constitute a rejection by the Islamic Republic of Iran of a reasonable opportunity to arbitrate these claims.

\* \* \*

CERTIFICATE OF SERVICE

I CERTIFY that this Offer to Arbitrate has been furnished to Defendants by delivery via certified United States Mail, return receipt requested, to the following address, this the 25th day of September, 2020.

    The Islamic Republic of Iran
    c/o The Interests Section of the Islamic Republic of Iran
    1250 23rd Street NW
    Washington, DC 20037

    The Islamic Republic of Iran
    c/o Honorable Majid Takht-Ravanchi
    Ambassador and Permanent Representative of
    The Islamic Republic of Iran to the United Nations
    622 Third Avenue, 34th Floor
    New York, NY 10017

Respectfully submitted,

Ali Herischi, Esq.
MD0024
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538
*Counsel for Plaintiffs*