



*Cut on dotted line.*

## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

Signature Confirmation™ :
**9410 8036 9930 0126 7764 30**

| | | | |
|---|---|---|---|
| Trans. #: | 507027749 | Priority Mail® Postage: | $7.75 |
| Print Date: | 09/25/2020 | Signature Confirmation: | $2.65 |
| Ship Date: | 09/25/2020 | (Electronic Rate) | |
| Expected Delivery Date: | 09/26/2020 | Total: | $10.40 |

**From:** ALI HERISCHI
HERISCHI & ASSOCIATES LLC
7201 WISCONSIN AVE STE 450
BETHESDA MD 20814-4835

**To:** THE ISLAMIC REPUBLIC OF IRAN
C/O THE INTERESTS SECTION
1250 23RD ST NW
WASHINGTON DC 20037-1164

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**
*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*