# USPS Tracking®

Tracking / FAQs

**Track Another Package +**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:** 9410803699300126776430

Remove ✕

Your item was delivered at 2:54 pm on September 28, 2020 in WASHINGTON, DC 20037 to EMB OF PAKISTAN. The item was signed for by M Z.

USPS Tracking Plus™ Available ∨

**Status**

✓ **Delivered**

September 28, 2020 at 2:54 pm
WASHINGTON, DC 20037

Get Updates ∨

**Delivered**

Text & Email Updates ∨

Proof of Delivery ∨

Tracking History ∨

USPS Tracking Plus™ ∨

Product Information ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Copyright © 2021 USPS. All Rights Reserved.