IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mehrangiz Kar and Azadeh Pourzand,<br><br>*Plaintiffs*,<br><br>vs.<br><br>The Islamic Republic of Iran et al.;<br><br>*Defendants*. | Case Number:  1:19-cv-02070-JDB |

### NOTICE OF VOLUNTARY DISMISSAL OF TWO DFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Mehrangiz Kar and Azadeh Pourzand, by and through their counsel, hereby voluntarily dismiss without prejudice Defendants ALI HUSSEINI KHAMENEI, and THE ISLAMIC REVOLUTIONARY GUARD CORPS from this action.

Respectfully submitted.

September 14, 2022

/s/
Ali Herischi, Esq.
MD0024
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538

*Counsel for Plaintiffs*

1