# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

Mehrangiz Kar and Azadeh Pourzand,

*Plaintiffs*,

vs.

**Case Number:  1:19-cv-02070-JDB**

The Islamic Republic of Iran et al.;

*Defendants*.

## PLAINTIFFS RESPONSE

In answer to this Court's order dated September 2, 2022, Plaintiffs provide the following answers:

1. Plaintiffs are not seeking any relief against other Defendants except the Defendant Islamic Republic of Iran. Plaintiffs file Notice of Voluntary Dismissal of Defendants ALI HUSSEINI KHAMENEI, and THE ISLAMIC REVOLUTIONARY GUARD CORPS from this action. (See Docket #22)

2. Under 28 USC 1605A (e)(1) this court may appoint a special master to hear damage claims brought under this action. Despite the fact that on a conference call dated December 7, 2021 Plaintiffs raised no objection to have a special master for calculation of damages, Plaintiffs are now asking this honorable court to rule on damages based on Plaintiffs' prior submissions. Plaintiff Mehrangiz Kar in particular, who is dealing with serious health complications, now asks this court to rule expeditiously on this matter, because her priority is to see justice for her husband and family while she is still on her own two feet. This case is filed in July of 2019,

and Plaintiffs Motion for Default Judgment was filed on September 2, 2021. We believe the appointment of master at this stage is only going to delay the final conclusion of this case.

3. Pursuant to this court's order, Plaintiffs recommend any of the following three individuals to serve as special master should the Court choose to invoke 28 U.S.C. § 1605A(e)(1) for assistance in the calculation of economic damages.

### I.      Stephen Saltzburg, Esq.

Stephen Saltzburg is the Wallace and Beverley Woodbury University Professor of Law at the George Washington University Law School. He has been appointed as special master pursuant to 28 U.S.C. § 1605A(e)(1) in several cases in this District, including by this Court in Wamai v. Republic of Sudan, No. 08-1349, and Owens v. Republic of Sudan, No. 01-2244. His CV is attached as Exhibit A.

### II.     Alan Balaran, Esq.[1]

Alan Balaran has extensive experience acting as a special master pursuant to 28 U.S.C. §1605A(e)(1). He has been appointed to that role in more than a dozen cases in this District, including most recently by Judge Lamberth in Bova v. Islamic Republic of Iran, No. 15-1074, and Allan v. Islamic Republic of Iran, No. 17-338. His CV is attached as Exhibit B.


Respectfully submitted.

September 16, 2022

                                              /s/
                                              Ali Herischi, Esq.
                                              MD0024
                                              Herischi & Associates LLC
                                              7201 Wisconsin Ave. Ste. 440
                                              Bethesda, MD 20814

---

[1] As of the date of this submission, we haven't received Mr. Balaran's confirmation of his willingness to participate as the special master for this case.

ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538

*Counsel for Plaintiffs*