UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEHRANGIZ KAR, et al.,**<br><br>　Plaintiffs,<br><br>　v.<br><br>**ISLAMIC REPUBLIC OF IRAN, et al.**<br><br>　Defendants. | Civil Action No. 19-2070 (JDB) |
| **BANAFSHEH ZAND,**<br><br>　Plaintiff,<br><br>　v.<br><br>**ISLAMIC REPUBLIC OF IRAN, et al.**<br><br>　Defendants. | Civil Action No. 19-2602 (JDB) |

## ORDER

Upon consideration of [Kar ECF No. 20] [Zand ECF No. 13] plaintiffs' Motions for Default Judgment in the above-captioned cases, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [Kar ECF No. 20] [Zand ECF No. 13] the motions are **GRANTED,** and judgment is entered in favor of plaintiff Mehrangiz Kar, plaintiff Azadeh Pourzand, and plaintiff Banafsheh Zand; it is further

**ORDERED** that plaintiffs are awarded compensatory damages in the following amounts: to plaintiff Mehrangiz Kar, $4,000,000 in solatium damages and $3,191,107.79 in prejudgment interest, for a total of $7,191,107.79; to plaintiff Azadeh Pourzand, $2,500,000 in solatium damages and $1,598,447.54 in prejudgment interest, for a total of $4,098,447.54; and to plaintiff

1

2

Banafsheh Zand, $2,500,000 in solatium damages and $3,613,507.68 in prejudgment interest, for a total of $6,113,507.68; it is further

**ORDERED** that plaintiffs are awarded punitive damages in the following amounts: to plaintiff Mehrangiz Kar, $7,191,107.79; to plaintiff Azadeh Pourzand, $4,098,447.54; and to plaintiff Banafsheh Zand, $6,113,507.68.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  September 30, 2022