

Ali Herischi, Esq. (MD Bar)     7201 Wisconsin Ave, suite 450     www.ibhlaw.com  info@ibhlaw.com
                               Bethesda, MD 20814     Tel: 301-363-4540  Fax:301-363-4538

December 20, 2022

**<u>VIA ELECTRONIC FILING AND HAND DELIVERY</u>**

Office of the Clerk of the Court
Attn: Ms. Angela D. Caesar
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:  Request for Service of Process for Default Judgment Order on Defendant The Islamic Republic of Iran in *Kar v. Islamic Republic of Iran*, <u>Civil Action No. 19-02070 (JDB).</u>

Dear Clerk of the Court:

As counsel to the Plaintiffs in the above-captioned case, I respectfully request your assistance to effect service in this matter on Defendant The Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(a)(4).

The initial service of process in this case could not be made pursuant to 28 U.S.C. § 1608(a)(1) and 1608(a)(2), and the attempt under 28 U.S.C. § 1608(a)(3) was unsuccessful. Your Office then dispatched all required documents under 28 U.S.C. § 1608(a)(4) to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services. The Secretary of State then took steps to effect service through diplomatic channels.

As such, for Service of Process for the Order concerning Default Judgment, we have enclosed for Defendant: (1) two copies of the Order; and (2) two copies of the Order translated into Farsi, the official language of the Islamic Republic. Plaintiffs also enclose, as directed by the District Court's *Attorney Manual for Service of Process on a Foreign Defendant*, one copy of the Affidavit Requesting Foreign Mailing, one copy of the Notice of Electronic Filing regarding that Affidavit, a cover letter requesting diplomatic service, and a cashier's check for $2,275.00 USD to cover the fees for diplomatic service via the U.S. Embassy in Bern.

We respectfully request that the Clerk's Office take the necessary steps to dispatch these materials to effect service on Defendant pursuant to 28 U.S.C. § 1608(a)(4). The address below should be

1

used for dispatching the enclosed documents to the Director of Special Consular Services via certified United States mail:

> U.S. Department of State
> CA/OCS/L, SA-17, 10th Floor
> Washington, D.C. 20522-1710
> Attn: FSIA

Pursuant to the Court's *Attorney Manual for Service of Process on a Foreign Defendant*, Plaintiffs' counsel is prepared to take the package to the Post Office to be mailed after the Clerk's Office reviews and seals the package. Plaintiffs' counsel will then return the stamped Certified Mail Receipt to the Clerk's Office for further processing.

Thank you for your assistance with this matter. Should you have any questions, please do not hesitate to call me at (301) 363-4540.

Sincerely,

Ali Herischi, Esq.

Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
www.ibhlaw.com
(301) 363-4540

2