CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Mehrangiz Kar
Azadeh Pourzand

_____
                    Plaintiff(s)

   vs.                                              Civil Action No.:  19-02070 (JDB)
Islamic Republic of Iran

_____
                     Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the default judgment ▼ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Permanent Representative of the Islamic Republic of Iran to the United Nations
Saeed Iravani
622 3rd Ave 34th floor
New York, NY 10017

by: (check one)
- [x] certified or registered mail, return receipt requested
- [ ] DHL
- [ ] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [ ] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [x] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): The Islamic Republic of Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

_____
(Name and Address)