a3 _ 2070



# UNITED STATES POSTAL SERVICE

BETHESDA
6900 WISCONSIN AVE STE 100
CHEVY CHASE, MD 20815-9996
(800)275-8777

12/21/2022                                  03:59 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|

---

Prepaid Mail            1                           $0.00
   New York, NY 10017
   Acceptance Date:
       Wed 12/21/2022
   Tracking #:
       9410 8036 9930 0156 6003 30

---

Grand Total:                                        $0.00

---

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/ssk
or scan this code with your mobile device.



---

UFN: 230675-9550
Receipt #: 840-12000581-1-2445964-1
Clerk: 00









**UNITED STATES POSTAL SERVICE** — **Click-N-Ship®**

usps.com  $13.00  US POSTAGE  Flat Rate Env  Signature Confirmation

9410 8036 9930 0156 6003 30 0130 0000 0031 0017

U.S. POSTAGE PAID  Click-N-Ship®

12/21/2022   Mailed from 20814   986771334313096

## PRIORITY MAIL®

ALI HERISCHI
HERISCHI & ASSOCIATES LLC
7201 WISCONSIN AVE STE 440
BETHESDA MD 20814-4851

Expected Delivery Date: 12/24/22
Ref#: 19-2070
**0000**

**SIGNATURE REQUIRED**   C059



SAEED IRAVANI
IRAN REPRESENTATIVE AT THE UNITED
622 3RD AVE FL 34
NEW YORK NY 10017-6936

**USPS SIGNATURE TRACKING #**



9410 8036 9930 0156 6003 30

Electronic Rate Approved #038555749
