a4. 2070



# UNITED STATES POSTAL SERVICE.

BETHESDA
6900 WISCONSIN AVE STE 100
CHEVY CHASE, MD 20815-9996
(800)275-8777

12/21/2022                               04:00 PM
---------------------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Prepaid Mail | 1 | | $0.00 |

Washington, DC 20522
Acceptance Date:
  Wed 12/21/2022
Tracking #:
  9410 8036 9930 0156 6003 54

Grand Total:                              $0.00

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/ssk
or scan this code with your mobile device,



UFN: 230675-9550
Receipt #: 840-12000581-1-2445979-1
Clerk: 00

# USPS Click-N-Ship®

**PRIORITY MAIL®**

usps.com
$13.00
US POSTAGE
Flat Rate Env
Signature Confirmation

9410 8036 9930 0156 6003 54 0130 0000 0012 0522

U.S. POSTAGE PAID
Click-N-Ship®

12/21/2022   Mailed from 20814   986771334311413

ALI HERISCHI
HERISCHI & ASSOCIATES LLC
7201 WISCONSIN AVE STE 440
BETHESDA MD 20814-4851

Expected Delivery Date: 12/23/22
Ref#: 19-2070
**0000**

**C000**

**SIGNATURE REQUIRED**



ATT FSIA
U.S. DEPARTMENT OF STATE
10TH FLOOR
L/CA/POG/GC, SA-17
WASHINGTON DC 20522-1710

**USPS SIGNATURE TRACKING #**



9410 8036 9930 0156 6003 54

Electronic Rate Approved #038555749 

